## Request For Mandamus

Original

1:23CV35

FILED
JAN 13 2023
IN THIS OFFICE
Clerk, U.S. District
Court
By

## Petition for Relief From a Conviction or Sentence
### By a Person in State Custody.
### Who IS Innocent; Owed A Duty
(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

### Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2.X You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a <u>federal</u> judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ ___, you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

> Clerk, United States District Court for M.D., N.C.
> Address 324 West Market Street
> City, State Zip Code
> Greensboro, N.C. Round 1, 27401

9. CAUTION: You must include in this petition <u>all</u> the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

10.X CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.



"Great Writ ~"

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY THE INNOCENT STATE CUSTODY HOSTAGE

| United States District Court | District Middle District |
|---|---|

| Name (under which you were convicted): Alphonza L P Thomas, Negro, Black, colored (VBC) | Docket or Case No.: 10 CRS 050755 |
|---|---|

Place of Confinement: Columbus Correctional — — — — — — — — — — — — — — Prisoner No.: -1287495 — — — — — — — — — —

Petitioner (include the name under which you were convicted)     Respondent (authorized person having custody of petitioner)

U.S.A. Ex rel. Moorish American National citizen — Alphonza L.P. Thomas-Bey   Jennifer Walsh-Warden, Roy Cooper Governor, Todd Ishee-Directors DPS, Josh Stine Atty Gen. NC, merrick Garland-Atty Gen U.S., Todd Ishee Commissioner Division of Adult Corr., Brad Deen - NC DPS Agent, David W. Addison, Esq., Todd Ishee Secretary of Division of Adult Corr.

The Attorney General of the State of North Carolina: Josh Stine

MY PETITION REQUESTING
A Mandamus to Direct
The Superior Court to Release me

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _Geneal Court of Justice Superior Court Division_

(b) Criminal docket or case number (if you know): 10RS 050755

2. (a) Date of the judgment of conviction (if you know): 10 - 7 - 2011 AD

(b) Date of sentencing: 10 - 7 - 2011 AD

3. Length of sentence: Life

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Murder) Arson

6. (a) What was your plea? (Check one) N/A - I did not take a plea.

    (1)   Not guilty ☐       (3)   Nolo contendere (no contest) ☐

    (2)   Guilty ☐          (4)   Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____





(c) If you went to trial, what kind of trial did you have? (Check one)

    Jury ☑      Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a posttrial hearing?

    Yes ☐  No ☑

8. Did you appeal from the judgment of conviction?

    Yes ☑  No ☐

9. If you did appeal, answer the following:

    (a) Name of court _North Carolina Court of Appeals_

    (b) Docket or case number (if you know): _Un Known_

    (c) Result _Denied_

    (d) Date of result (if you know): _2011_

    (e) Citation to the case (if you know): _Un Known_

    (f) Grounds raised: _Error in Jury instructions._

    (g) Did you seek further review by a higher state court?  Yes ☐   No ☑

    If yes, answer the following:

    (1) Name of court _____

    (2) Docket or case number (if you know): _____

    (3) Result _____

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

    (h) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☑ _Not about that._

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑  No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _District md. U.C._

(2) Docket or case number (if you know): _Un Known_

(3) Date of filing (if you know): _UnKnown_

(4) Nature of the proceeding: _Truth_

(5) Grounds raised: _lack of Subject matter Jurisdiction_

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes ☑  No ☐

(7) Result: _Denied_

(8) Date of result (if you know): _Un Known_

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _District md. UC_

(2) Docket or case number (if you know): _Un Known_

(3) Date of filing (if you know): _Unknown_

(4) Nature of the proceeding: _Truth_

(5) Grounds raised: _lack of Subject matter Jurisdiction_

_____

_____

_____

Ground1. Invoking The U.S. Waiver of Sovereign immunity. ie. EXPATRIATION ACT of 1868 to be released into
12. My Moorish American Nation like The Presidential Pardon of Abdul Rahman Ibrahimi-1828, I do not sue the US For
My arrest Prosecution or imprisonment I sue the U.S For my Due Pardon, i return to my Nation, Also Injunction:, +
I am Innocent. I was not Mirandized Sentenced to life in Prison via an arrest of a oath less of affirmation/or
warrant. For arrest which is against State law made in STATE V. Almeta WHITE May and 1956
Where all Federal Courts Must use this law of the State. Per. Erie V. Tompkins and If those
Courts do not, then that State law is enforceable under Sup. Ct. of the U.S via Rule 10 CO
Also I was deprived of These rights due to the Color, face and National Origin that the
State and Federal Courts Class me under. That being said, there is a motion To Dismiss
attached in TRUE COPY Form From the Alamance County Record and The Judge has Now
Voluntarily Dismissed all Charges in case with the No. 10 CRS050755. That being the Grounds
Defendants are in violation of The 4th, 5th, 6th, 8th, 9th, 13th, and 14th Amendments to the U.S. Const.
These violations are expressed clearly in items a-g on that Said Motion to Dismiss. Also the case
deals with The Jurisdiction set out in Article III Sec. 2 of The U.S. const. I am a Moorish American National
Citizen and I have Uncovered a conspiracy against me by State and Federal Courts to Keep me enslaved, and
that ties all law in this Ground as one related issue. Where Defendants are in violation of the law To wit:
18 U.S.C. A Sec. 241-242 as shown above ; 18 U.S.C. A Sec. 1203 for holding me Hostage in U.S. Citizenship, Article XX of
The Treaty of Peace 1786 for not treating me equal to Free men a sout lined above, The Expatriation Act of 1868 For not
Leting me free to be in the National Moorish America, Also The Universal Dec. of Human Rights Art. 5 1-15
For not respecting my Reservation of Rights and enslaving me at Birth then treating me as a Slave at
My arrest up Until today Unlawfully. All that Cited law is a CONTRACT THAT HAS BEEN BREACHED!

(a) Supporting Facts: I refer You to the Record ie. The Same Court reviewing this $2254 claim is also
reviewing my $1983 claim So See documents in Case No 1:22 CV-271 ie. "Certificate of Live Birth"
it Shows the Start of My Hostage taking to Serve N.C. as a Slave For hire, next Social Security Card it
Shows an account-Trust number on its Back Side to a Federal Reserve Bank and a social security No.
for a program to give money to U.S. citizens Both of which are illegaly Created to Enslave me by theft of
my money and energy. Then the warrant for arrest, it shows the actors of My Unlawful arrest, and
My Prison In. Cards it Shows who Holds me For the State and Federal Courts and Shows who I challenged
along with My motion to Dismiss to Set me Free; Also all these documents Show the Black
Slave label and who Placed it Upon me, My mother, My Father, My Nationie-Depationalization,
which is a official Policy and official Custom of Defendants as shown in evidence cited Moral Turpitude.
(b) I did Exhaust my State remedies on Ground one 11-28-2022 AD, CF.U.S.DOT Notice Attached.
    (1) I did not raise this Ground on direct appeal
    (2) I did not raise this issue because I went to trail and waited on the witness against me
    but none was Presented, You see then I thought the warrant was real but it was Fake. and
    this trick was not discovered until after My direct appeal, Also I thought Black was a
    Nationality and citizen Share Status Because thats how it was Presented to me by Defendants
    but that was also a trick to keep me enslaved by N.C. Courts.
(c) I raised this issue on a Post conviction "motion To Dismiss" in The Superior court of Alamance County.
    1 court S Uuare Graham NC 27253 - See "motion Attached" - Case No. 10CRS050755 Their Decision
    remains to this date as in actionand a Voluntary Dissmissal - a TRUE COPY is attached, I did not
    receive a hearing and I appeal at this time to this court Renewing my Objection and
    motion to Dismiss Requesting to be Released without delay. — The other Remedies I did
    follow are Steps 1-3 with The Inmate Grievance Resolution Board to Do avail-attached.

Also Important to Note:. Although STATE V. WHITE May 2nd 1956 deals with the Search Warrant,
The requirement of the oath or affirmation Set out in the Federal law Source - 4th Am. remains
the Same even For arrest, Of me. More over on 2-2-1040 I was at M1 mom's house and the Alamance
county Sheriff Said "I think You Should come with us" I Said I dont want to", he Pulled his coat Back Showed
his Gun and Said "You Best come Boy" out of Fear of being Shot I went Signed Papers and answered Questions out
of fear of being Shot. JURISDICTION CHALLENGE. In my case as in others the officer
Seeking the warrant often was given information, which leads to discovery of a crime. "Even if we
entertain Some doubt as to an informant's motives his explicit and detailed description of
alleged wrong doing, along with a statement that the event was observed first hand, entitles
his tip to greater weight than might otherwise be the Case." See STATE of North Carolina V.
Scott FOSTER 249-2d 9 A D COA. Now the Same constitutional law test that You Reader use in Your
court over and over Says we can only consider information known to the officer at the time of
Issue of the Warrant. Q: So What did officers Know on 2-2-2010 AD? For This answer I Point
You to -4- Places #1. In My trail transcript titled 911 call on Page/82. A person Calling an
2-1-2010 AD and Says a crime has been Committed but Fails or refuses to IDENTIFY them
Selfs, and that is what lead Fire Fighters and Sheriffs to the crime Sceen and to My mom's house to
Force me into Questioning and Paper Signing. An anonymos Tip, where the call did not even identify me
or the correct crime Sceen. #2. The witness was a non-witness ie. The Record Shows in Judge
Elmore's Opinion - STATE of North Carolina V Alphonza Leonard Thomas march 5, 2013 COA-
1st Before we Go to that Opinion Note: I was convicted on Circumstantial evidence that was all refuted in
trial: I had a Hung Jury, My trial Judge Gave Dynamite instruction. Back to Opinion:

"Carroll had no Involvement [Carroll claims no First hand Knoledge]." #3 There in the same case cited in #2 Supra. The Record is directly Quoted where Testimony is Given "Felts" Says carroll was not Known or interviewed until "2-3-2010 AD~ The day after my Arrest. So All other information discovered is not relevant For Jurisdictional Purpose. Felts testimony is also reflected in the transcript and even if these Points 1-3 were not in transcript they are all in my COA case of 2013 march 5. cited above. Boswell v. U.S. All how 336, 343; to wit.

In Sum the officer seeking and given my Arrest warrant on 2-2-2010 AD knew his information came from a Unidentified Source-anonymously who was not a First hand knoledge Person. There was No Explicit and detailed description of alleged wrong doing; There was no Statement that the events was observed First hand. And we can not entitle this Tip to greater weight toward Probable Cause for a warrant to issue. It does not matter if the officer who sought and was given my arrest warrant made a written Affidavit or an oral oath of affirmation because he does not pass the constitutional test we use in the 4th cir. Court. ok- lets see #4 of what the warrant seeking officer could have seen because it was available at that time 2-2-2010 AD to establish Veracity and basis of Knowledge to Find Probable Cause. ie If the warrant seeking officer had took the time to find out who carroll was he would have seen that Carroll was a criminal on Record and was Newly out of Jail for a Deceptive crime. And so I affirm "as The warrant is void b■■■." ¶ You See I went to trail and those 6th Am. to the U.S. const. Protections are used not when the warrant is used to issue my arrest to Ms. Brown the "Judicial official" issuing; but used at trail. The Bill of Indictment is void. c■ Any sentence is void d■ I have been denied due Process of Law. e■ I have been denied equal Protection of the law. f■ I have no way to know the nature and cause of the accusation. g■ I have been denied the right to be Confronted with the witness against me. Roe v New York (1970, SDNY). Ms Brown was that witness Follow me... Sheriffs rushed that arrest and did not investigated because they found me and I was seen as Black and thats why they did the arrest that way and thats why Ms. Brown did it that way. They did not do Terry Johnson's daughter that way when they arrested her and you dont see them doing "White" kids like that. Now I went to trail and Saw carroll, but what I could not understand was where was the nature and cause of the accusation and how could I confront a witness or Source who was not a Source at all, it was non-Sense. Common sense with any 911 call says Know who you are talking to? what they saw prior to any arrest, and thats what kind of stuff Should have been in the warrant. Thats 5. not hypertechnical- Know what eyewitness knows to Strenethen warrant Statements, and if they are not a eyewitness then what they claim as if they were a eyewitness, is inherently False and if you are Moriss and dont take the less than 24 hrs to know that then You :see a.W dont care about the truth of any Crime on 2-1-2010 AD in Alamance Co. to establish Probable Cause for an arrest. Moriss statements on the arrest could not have been based in Fact. So where did he get my name? Ans-He Guessed. Carroll was "interviewed 2-3-2010 AD. Who was carroll at that 2-2-1010 time?- "Where...warrant was based on Affidavit of Person claiming spurious s identity... evidence upon which defendant was convicted...affidavit &warrant were invalid under 4th Am. to U.S. const. ~ Rios V. U.S. 4th cir 9-7-1960. Who spoke with Personal Knoledge to make a warrant statement of the eyewitness account from the crime scene? Ans. Noone. Did moriss appropriately accept his information used in the warrant? The 4th Am. warrant clause contains an implicit Guarantee that info. in arrest warrant is truthful in the sense that the info. Put forth is believed or appropriately accepted by affiant as true. Ok-lets Play the mind of moriss- moriss Thinks the crime is on 2-1-2010 AD. I dont Know my informant, where informant is when he called 911, I have a Suspect and he is already in custody. I have not investigated or Given Anyone else time to do So. So I dont have many if any hours or whys about my caller, I dont know the Suspect because we just took him in, well we already have a Suspect lets Just arrest him Since he is already in a holding cell 2-2-2010. moriss didnt appropriately accept his info. as true because there was no basis for truth. Now had moriss waited less than 24 hrs and found out Carroll was not Present. Caroll's Record, Caroll's Story, Carroll's location, Caroll's Waiter, You fill in the BLANK- The outcomes are endless. Then moriss decision to arrest Could have been different. But what was done was-lets arrest now and put the cause together later. Thats what "moriss Thinks" Now the District Attorney of Alamance Co. had just been elected in 2009 AD and was now dealing with a new 1st time D.A. office the 1st murder of the Year and country in 2009 in Ala. Co. And was under GRE AT PUBLIC Pressure to handel the case, and Prove to the Public his worth and thats why moriss Pushed ie. because the D.A. Pat Nadalski Pushed him and told him "make the arrest Now" and thats the other reason things were rushed besides them finding a "Black" to arrest. Now lets Say Nadalski & Moriss did everything right they still dont have a oath or Affirmation to Prove Jurisdiction and Fault and liability falls Squarely on Ms. Brown who issued the warrant for arrest. But I would Say the arrest was not objectively reasonable because it created unnecessary danger of an unlawful arrest. Reader wouldn't you want to check into the caller's identity, his story, his standing, his involvement Prior to any arrest? And if you serve the arrest warrant you assume moriss is right and you are Just doing Your Job because You trust that moriss checked everything out with the said crime where was reasonable Grounds to arrest based on 2-2-2010 AD? Lets think about that. Brown Found Ground Alone......

You will Find No information was furnished under oath by moriss at all in any way! oral or written Persis.- Today I am writing? Sending another Letter to the Ala. Co. DA to give me Proof of Probable Cause For my Arrest, I will do So again week after week, and Carroll and his Gang are dead I am Now at LIBERTY......Carroll made it So Hard!! hard!!

(where 911 call was made failing to identify person killed, the killer, the 911 caller informant, the crime scene etc..., and 911 call informant is shown to not be an eye witness, who also has a defective criminal record, and admits to the crime the warrant was sought for, and no other person supports 911 caller informant's information at time of arrest of a person who is not the 911 caller informant, arrest was made without probable cause, when arresting police had no reason to think suspect would escape, because he was in the custody of police and arrest was not objectively reasonable, because of the many failings to identify outside of the victim an scream, because police had time to correct failings that could have been used in a Affidavit with oath or affirmation to support probable cause, and prevent a actionable reason to claim unlawful arrest) A Jurist of reason could say something like that. Now with all that arresting Bunch knew Carroll could have been found, and identified, some other person as the killer lets look at a classic case of this. ie. WEST V. CABELL etal. April 16, 1894 U.S. Su.p.ct. I am going to put myself in the place of old Vandy M. West... Now we know what Carroll said days weeks and months later but Moriss or any other person did not know that we have to look at 2-2-2010AD when Moriss stood upon mere suspicion; The ground was not prepared the soil was not killed for the cause to grow. And unlike the case of old Vandy M. West the officers in my case had within their reach all the things needed to find Carroll or anyone else so it can't be said they acted with causation or reason in this arrest old Vandy M. West was held until one who could identify him showed up a long time later all Moriss had to do prior to making a choice, and all the D.A. had to do prior to making a choice was wait a few hours, but they did not care for reason caution etc... So in service of the warrant the server had reason to think he had probable cause but Moriss did not have such reason to go and seek the warrant, What Moriss had was Pat's and the probable cause pressure. Now for all purposes I was arrested at my mom's house, when the gun was pointed at me and I was swated into custody. See PaytonV. New York, 445 U.S. 573, 100 S.Ct. 1371, 63 L.Ed. 2d 639 (1980). I had bought my first house in 2007 and prior to that the only house that I called mine was mom's. I lived there my entire childhood, it was my house, they arrested me there. Searched my pockets, and put me in their car. When I did not consent, I answered Questions. I was read a Miranda Warning in the car on the way to Alamance Co. Seem my mom lives in Durham Co. about an hours drive away, But the police started the questions inside my moms house and said I better come with them showed the gun and then put me in their Car. I was arrested then at my moms house and should have been taken to a magistrate. Then All I could do was go with them or get shot. So I was under arrest. See Robert V. KAUPP V. TEXAS may-5-2003 su.p.ct.U.S. First in mom's house, police asked "What did you do last night?" and a pocket search. Carroll was a Phantom at the time 2-2-2010AD and reason to believe I committed any crime, only came from Carroll. I never met the witness to any crime face to face to confront them about anything I charged to me. But the folds to this ground are many. And there is a need to correct clear error! Manifest injustice. Lets look at moriss and the D.A. and say they had no knowlede of the incorrectness of the 911 call or Carrolls claim that led them to me. And lets review the meaning of false statement in "Blacks law dictionary with pronunciations Abridged Fifth Edition" on page 310. I think in light of the above Jurisdiction Challenge herein on page 6 we can say that Moriss & the D.A. knew that Carroll's call/statement was incorrect due to "acquiesced" part of that definition, due to the "with reckless indifference to actual facts" part of that definition, due to the "recklessly" part of that definition, due to the "purpose, to mislead or deceive" part of that definition in light of the fact we are only reviewing the snap shot of time up till 2-2-2010AD. Carroll acquiesced and Morissaid the D.A. knew because at that point 2-2-10AD whoever was the source of their warrant info. had not said anything since their tip. Carroll was indifferent to truth or actual fact due to his non-presence, Carroll was reckless in that he made, this big accusation and gave, no pointed info, like waving a gun around in a crowd, Carroll's intent to mislead and deceive was easy to see an 2-2-10AD due to his acquience and lack of info. etc. So Moriss and the D.A. could see the false head in Carroll's way. Knowing Carroll's Statement was false they arrested me. Moriss and the D.A. took on all the traits Carroll had on 2-2-2010AD and accepted them. Now with Moriss and the D.A. having very little information on 2-2-2010AD Lets look at another fold. I was a property owner. So here is a Ppty. owner example. If Act calls 911 he says someone got killed just now come Quick. Blicet... Respond. No one is around when they arrive and they find a victim and a fire. The only thing they know is the identity of the property owner due to Records of Deed, Being the case the property owner is arrested because they are property owners! And that is another reason why I was arrested Considering what was known on 2-2-2010AD. Also I had money and Jewlry in a Fire safe box only I had the key to; Police took my key and reported the safe as empty thus I could not pay my mortgage and lost my property and moriss and the D.A. and Mrs. Brown inherit this loss like carroll's traits. These Police that took my key are the same Police who arrested me in my home, before it was said there was Probable Cause for an arrest and before there was a warrant, Also before any Miranda warnings. Now I am not claiming Police forced their way into my house I let them in and was coerced into each thing I may have said to them after being showed the gun and being told to go with them and searched.

And all these factors make up this ground and are all related to the events leading up to my arrest on 2-2-2010 AD. Also related and into our next fold lets think back to 1806. Like EXPARTE BURFORD February Term 1806, as a result of my oath less affirmation less warrant I too was given Excessive Bail in the sense that No Bail was set. So if I had a million Dollar Bail and it was found to be excessive that just means I am not able to make Bail, and if No Bail is set I am not able to make Bail; Bail may as well be set to infinity-like No Bail. Like EXPARTE BURFORD I too was not charged of Personal Knoledge supported by oath. So who could liability reach for Perjury if No one made the oath or affirmation. Now in EXPARTE BURFORD there was no cause expressed at all in the warrant and I am not saying that for me, but what I am saying is on 2-2-2010 AD Moriss the D.A. etal. had No reason to say that cause was a good cause that we can accept as truth. I heard Moriss's information to Mis Brown.

And what must be keept in mind is even before my arrest warrant issued I was seized by acquisition of control. Just like an arrest is a seizure a seizure is an arrest. See with All that Moriss and the D.A. did not know, lets say I had a 25 year old son and I was out on business in another country and the same facts leading up to my arrest were known. When my live in 25 year old son would have been found at his Grandmother's house he too would have been arrested on the spot just like me, even if it was some other person who committed the crime like one of my son's friends for example. More central to why there is No oath or affirmation is Moriss did not think what he was saying was true; In case halli V halli December 11th, 1978 U.S. Supct. it was noted that without an oath or affirmation the official was just verifying who a person was and was not making sure that the person before the official was telling the truth. And see Moriss did not want to do a oath or affirmation because he knew that all his knoledge he brought to court on 2-2-2010 was not just second hand but 3rd, 4th, 5th, 6th who knows at that point hand, and with the uncertainty of who Carroll was where he was on 2-2-2010 AD No one would swear to the truth of any thing from Carroll on 2-2-2010 AD. So Moriss did it knowing the warrant information was not true, and we already found out why. And the defendents may say other wise and claim me as a bad man but an unconstitutional arrest can not be justified by who was arrested. And I was not treated equal to other men. The TRUTH was not confirmed prior to my arrest. There was no truth in it. And those police that took me From my mom's house - my house had plenty of time to go and get an arrest warrant and no reason to think I was running because I called them my self and told them where I was? Said that I would wait for them; They did not find me I found them. And the only thing they discovered is that "Oh You are Black". Yep! Thats what they concluded and related to Moriss who used that one and only discovery as my description on my arrest warrant as "B", a type of code for Black to be seized. In the case Conner V Common Wealth June-12-1810. You could take every refrence to Pennsylvania and replace them with North Carolina and take the accused and replace them with me and draw the following conclusions:

To prevent the posibility of convicting a innocent it is in the intrest of JUSTICE You start with the truth by setting an oath or affirmation to Support any warrant for arrest. No oath was made. You will make someone feel as if they are in the Star chamber when You bring them a warrant for arrest and they are already in a cell already under arrest, Thats how I felt. Did Moriss make a oral oath? He may say he did. Someone else may say he did. How can I know of a oath or affirmation in truth at any point in time if there is no Affidavit? How can one even be sure of what Moriss said or what to say to this accuser about a Affidavit that never was? And even if the record reflects a oral oath, it is a lie, not in good faith. Moriss gave knowing or reckless falsity, and MS. Brown knew that and just acted as a rubber stamp for Moriss, No one spoke to any eye witness and Moriss's statement was so lacking in indicia of Probable Cause because of these facts outlined above. Where was the persuasiveness of the facts MS. Brown relied on to issue a warrant when Neither the officer Moriss nor his source Carroll were a eye witness to any thing on 2-1-2010 or 2-2-2010 AD. Officer Moriss may as well been a guy in China who was born there, and never left, and just called up Mis Brown on the Phone

and said "hey I heard someone got killed down there, can we send someone out to arrest because from what I hear there is a chance that xxxxxx could be the killer. And well where I heard it was heard from someone else and we have not checked any of that out but we need to do something because we already have the suspect." Now does that make any sense? Mr Seizure at my mom's house and from arrest warrant were unreasonable." Now could Moriss look at me, on 2-2-2010 and say "Yea he has been involved in criminal activity." So I am in Prison and watching the news, and there is a house on fire and a dead body inside and I notice it happened in the-Blah Blah-area where Roy Cooper Lives. So I call the police give them Coopers address or something close to it and say I think Cooper killed someone. Cooper is found in a nice suit offering help to Police and his Mother a] Do you think I could get someone jamed up in Prison like that? Answer: with the right officer like Moriss. 3. Moriss had seen Cooper as Black, because No oath would be taken et al...

Moriss would use: •Common rumor or report
•Suspicion
•may be even strong reason to suspect

But that was not adequate to support a warrant for arrest. Moriss had to go off of Probabilities based from what someone knew first hand and thats Prudent, that's what all the rest of the officers who get warrants do. The Standard of Proof is according to or correlative to what must be proved. And if you are not Present to Prove you just can't Provide. a Prudent man with knowledge to know on 2-2-2010 in my case Moriss had to know that his information was trustworthy first before he could use it. Moriss just did not know his info was trustworthy. How could he know his info was trustworthy. Point to something that can be legally used as trustworthy information to prove criminal activity for me on 2-2-2010 that you can look at and say well he must be guilty because...(It was his house, It was his wife, He is at his mom's house, He is Black, We got this 911 call that led us to the wrong house from a Phantom who sounds like he's at the house yet was not there. His house is on Fire, He is already locked up) See thats what Moriss knew and a Prudent man can't arrive at any fact that says There is REASONABLE GROUND FOR BELIEF OF GUILT, because of the simple fact Carroll could be the Guilty Party, and if you are Moriss knowing the facts or not knowing very many, you have got to find carroll or something or someone who knows a bit more before you can arrive at The Substance of all the definitions of Probable Cause, because guilt at the Point Moriss made his Choice could have went another way. Moriss was allowed room for mistake, and I get that. But his mistakes must be those of a reasonable man, acting on facts leading to a sensible Conclusion of Probability. Now as it turns out Carroll Plead Guilty. I did Not. So what one must conclude with, is what Moriss found out from Carroll or Me when He intercepted either. And there is nothing to draw this Conclusion with. I have not engaged in a Crime. I never said I engaged in a crime. The Best Compromise for Moriss would have been to say Well I could Place at least 2 people at the Scene, so I will Speak with them or send someone too and make my choice after that." There was only one Single Standard involved for Moriss and he could have avoided the danger of violating that single Standard, not by getting information or evidence strong enough to convict, but strong enough to say "that Thomas Guy did that." In Performing his balancing Test he Should have taken his report from Carroll as a Phantom and made the effort to say to carroll "Where were you then", "How did you know that", and made some type of balance, but he did not. We can't say what carroll would have said because according to Detectives Carroll gave different stories at each of his four interviews and thats in my trial transcript at various points of cross examination of the people who interviewed Carroll. And Moriss can't use that type of stuff. Why? Ans: It happens in the future past 2-2-2010. But it did happen. Carroll lied 3 lied 4 lied. It stands to reason there goes that word reason – Carroll could have lied to Moriss or some other police Person Prior to my arrest on 2-2-2010 That would have caused me to not be arrested, and we can't say that story of Carroll's never existed ....It's been HARD

That story of Carroll's does exist. In trial, one Troy Arrington testified that Carroll told him the truth about how Carroll committed the crime in whole not in part and that I had nothing to do with the crime. So when I say I have no knowledge of a crime, I am saying all that plot to commit a crime. Stuff Carroll dreams up to tell is False in respect to me and I never engaged in a crime. So In light of the Totality of Circumstances Probable cause did not exist on 2-2-2010 AD. There is no oral oath that does or does not exist, there is no Probable cause to back it up. Before we turn to the next fold lets look at another example I am a 3rd meaning Alphonzo LeThomas III and in on 2-2-2010 AD I look the image of sick sad an vice versa and he visits my home often. Moriss did not do a line up to identify me. We cant say it was not needed on 2-2-2010 AD because Moriss had No further story from Carroll and found No one alive at the crime Scene. And for all that Moriss knew or did not know Carroll could have Pointed out MY Father as the Killer. You See in balance, Probability, and circumstances You need Some Facts to weigh, and Moriss did not have any. And when the time came to give the Facts to Mr Brown, he still had No FACTS. It does not seem that the magistrate judge had a lot of information. And the information MS Brown did have Was not From morriss. What did the Magistrate judge Not know? I dont think Ms.Brown knew that the Person giving the tip was also not a witness, I dont think She knew of the Untruthfullness built into the tip. Moriss had to convince the Judicial Official Mis.Brown There is Probable Cause so he Picked and chose exactly what to tell Mis.Brown So he left **out:**

That officers had already arrested me without probable cause with the Gun? Search. See opinion of the "Ju2 3 10 CrysteaL SAUT c et al V JeffreyDAWSowetal January 13, 2022 US Appeals ct. 8th cir. "Arrest. They took me early in Am 8or9am on 2-2-2010 AD and the warrant came 12 hours later Bains V. Cambra, 204 F. 3d 964

¿ he left out,

After my false arrest at my mom's house all else. Police may have gathered from me was defective by police threats duress, Coercion which compelled me to be a witness against my Self U.S. v Hunerlach, 197 F.3d 1059 (11th Cir. 1999). Also See BoswellV. Otis 94 aw 336, 349 ; tawit.

¿ he left out

I was already in custody and no one was in danger So there was time to check on any leads, evidence etc. from Carroll or others, ie he could have "delayed". OF's WARDEN, MARYLAND PEN. V. Bennie Joe HAYDEN April 12 1967 U.S. Su.p.ct at Judges notes etc, A delay in my case could have Protected my 4th Am. Rights 5th 6th also.

¿ he left out

He never found indica of reliability in informant's tip established through informant's intrest in obtaining leniency by suppling accurate information because he had never met Carroll or any of his officers at 2-2-2010 AD met Carroll.

¿ he left out

[He never told the magistrate] that his informant was not a witness to any crime.
¿ he left out

See a magistrate must review the "Veracity "and "basis of Knowledge" of Person Providing heresay information Gates, 462 U.S. at 238, 103 S. Ct. 2317. BUT THERE WAS NO BASIS CARROLL WAS NOT A WITNESS, No law enforcement etc. was a witness. Hey- The Fourth Circuit has explained that in evaluating whether an informant's tip establishes probable cause, the degree to which the report is corroborated is an important consideration Wilhelm, 80. F. 3d at 119. THERE WAS NO CORROBORATION TO RAISE TO AN DEGREE. An informants Tip on its own is not Sufficient For Mis.Brown. COMMONSENSE TELLS US THAT; The law says that also.

That I never had a criminal history related to the charges of any crime, and that his Tiper does. cf: halari 996 F. 2d at 1581. That would have been Very helpfull for Mis. Brown, and Material to Probable cause determination.

## and he left out

The fact he was in constant contact with the officers who forced me from my Mom's house. And when in the car from Durham to the Graham Police Station. The officers asked me to tell them what happened; where thoes officers told Moriss what I Said. I told the Officers in the car that Carroll, a high ranking Gang member Sent in one of his other members into my home, in Burlington to rob me. I fought him he injured my hand and killed my wife. When I was injured She Stepped in to fight and call 911 the guy took her Phone and hit her in the head one-1 time with Something and I could See others comming thru the Back yard Via the large Windows. I reconized the man and he knew it. He said that if I told Police of him and the Gang he would kill my mother. and that I better get out of there. If I would have not complied I was going to die, So I left and Saw Carroll outside in the car I had loaned him trying to be a good fellow man. I Stoped cleaned my self up and went to my moms house. and Sat outside in the car dozed off for a moment and realized I need to get up because I am falling a Sleep and cant look out for mom like that. (I went in & called the Officers) MY aunt had arrived with a Card of one of the officers from Graham. Now after Telling the officers that I had called, the above account of what happened that told me they would Protect my mom if I told them the above account at the Station. But all I could think about was if they Search for the Gang Guys and Do not catch them then the Gang guys are going to come and kill my mom. So I told the officers that, and they Said to me. I Should not tell my Story then, because they did not think they could Protect my mom from a whole Gang. So I took their advice. I LOVE MY MOTHER DEARLY and She was and is of the highist Value and meaning to me in my life. I tell MY Story Now because Carroll and most of his gang members of that time have died. I was not at liberty to say this until now-My liberty to tell was Stoped when Moriss and his Officers told me to not tell due to their doubts in my mother's safety. And Moriss KNEW ALL OF THAT WHEN HE APPLIED FOR MY WARRANT FOR ARREST. He left That out.

## and he left out

The fact that I had a large amount of Money on me. He Knew it because he Saw it on camera when I Stoped at Stores on the way home. and Saw Carroll- who at the time was just a guy from the old neighborhood who needed a hand out. I bought him a few things Gave him a little money and the whole time. that guy I 'reconized' above. who I fought with was failing us with others. carroll needed more than my help, he needed All MY Money. Carroll's Car needed a Jump on the way to Walmat So I gave him one by a C.V.T Store and Saw the guy I reconised then, but it did not occur to me at that time their motive. Also as pftx. He did not bring my Owner to Mis. Brown. Boswell v otis, 9 How 336, 348: to wit "coram non Judice."

## and he left out

The officers Questioned Ten members of my family at my mom's house when I was there about Problems I may have had with my wife and they all told him there were none. In fact they found no motive at all 2-2-20/0 AD. They told Moriss that.

Note: Many motive theories were disregarded. Then one girl who my wife and I had a consented affair was pointed out as someone I was in love with, when that was not the case at all, because my wife and I were in love and had many consented affairs at that time. That one girl came to trial and did deny a story that only Carroll made up some time after 2-2-2010 An about me wanting to run off with her and leave my wife. That one and only motive was disproved by testimony of a Katherine Mayes in trial. Moriss knew not, even that poor motive theory on 2-2-2010 An. Moriss did know that on 2-2-2010 An he had no motive for me committing a crime and he knew there was a great need for further investigation prior to arrest. Moriss ignored such at the cost of my injury caused by my arrest adjudicated by Ms. Brown.

and he left out

That at the time of my arrest he had no reason to think my story to officers who forced me from my Mom's house was not true. You see, no one had done any further investigation at that early date of 2-2-2010 An to dis-prove my story. I had no reason to kill my wife, and knowing that, Moriss went and applied for my arrest warrant anyway due to the pressure he was under to arrest quickly for the D.A. To make a good FIRST IMPRESSION on his Voters. In other words, where initial impetus for my arrest was Carroll's tip No information was gathered by the Sheriff's dept. to sustain finding of Probable Cause for my arrest that could not adequately be supported by the tip alone; There was no additional information acquired by Moriss that was in some sense Corroborative of Carroll's tip that I committed a crime, because all that Moriss used at my time of arrest had been compelled out of me not only by the Gun but also by the threat of my mother's death and all too make me a witness against myself. And if it was not by my creation then it was by Moriss's, and if it was not by Moriss's it was by Carroll's, and the only ones free - at liberty to change the outcome was Moriss or Carroll, both of whom by their actions were in Conspiracy against me. The outcome was, Moriss determined the Probable Cause by a trick of the underlying circumstances. And why should the court believe this? Allow me to demonstrate: (Cf. WCC§154-3A(a) & Doswell v Misti How 13/349) to wit. What Ms. Brown saw was a lie because Moriss got tiled - Told Ms. Brown his story as if it was truth - a warrant was issued. But Moriss did not tell Ms. Brown he acted off Carroll's tip ie. All his information that is in the warrant was found by Mis. Brown by Moriss simply saying what he heard in the 911 Phone call he listed to on replay made by Carroll. Moriss never told Mis Brown or showed Mis Brown his claim was from the 911 Phone call alone, and I know because 1. I was standing Right there when he told Mis Brown, I have Mr. Thomas here and I need a warrant for 1st degree murder and Arson of a Marie-ooris Thomas." He gave Mis Brown my I.D. taken by him, and before I could get one word in she was typing and Printing and some other guy grabed me by the Cuffs while I tried to object and put me in a cell, and No Sooner than he close t the cell the Warrant Server was opening it up with the warrant. I mean it happened in less than 5 minutes from us walking into the room Mis Brown was in, to me getting the warrant. Moriss did not swear affirm or anything close. And when I was carried out Moriss came out with me to the cell. That is what Moriss said from start to finish. Moriss did not say this is true or correct or he believed or he knows. He just gave her my I.D. for my address. And she guessed the date by saying "OH its the first No second." I tried to object. If my owner were there they could have shown my innocents and protected my due process. Time told I am Not Black (REV)

Harold WHITELEY V. WARDEN, WYOMING STATE PENITENTARY
March 29. 1971. We have to focus, not on the physical arrest, but the part where the "Sheriff" acted on the tip, and then did not tell the Magistrate he was acting on that tip, and then did not tell the Magistrate he was acting on that TIP. It can be broke down this way: Sheriff got tip - Told Magistrate of Tip - Warrant was issued - and Sheriff did not tell magistrate he acted on informers tip. Moriss's story: "I have Mr Thomas" And That's what Moriss did. He lied and hid things because he was afraid of the things that Mis Brown might see. He did not want her to look with her own eyes or hear with her own ears. Moriss transgressed Bright lines. See Moriss could not tell Mis Brown his info. Was a tip because he did not want to tell her about the credibility he knew of and what he did not care to check; Because then he would have to wait another day or so to do more work and all Sheriffs police etc... Said "Unfortunately we have to work today." And how they did the dialog was not a oral oath was it? You see how I show you they said it above? I did not hear a, I swear or affirm or God help or any of that; How I record Moriss herein and how I record MiS Brown is how they arrived at arresting me; It was a rumor! Rumor Report! Is that a oral oath? So we know there is a deficiency in the veracity and basis of knowledge. How would Moriss cure deficiency is the question. And he would cure it by telling Mis Brown the TRUTH of the tip and doing a bit more work to establish who Carroll was, motives to weigh, other witnesses, etc... Who I was and other elements outside the tip to compensate for the lack of Veracity and basis of knoledge. None of that happened. In fact Moriss did not present any papers, exhibits or anything he just walked in with me and said what he said and MiS Brown - did not - ask any questions. Moriss Presented ME. Moriss's information they used to reach to arrest me was me. Moriss Brought in a PRIZE. Moriss's information was, "I have Mr. Thomas here...?" That was it. Moriss's information Fails both the totality of circumstances approach and the 2 prong test, to establish Probable Cause. So that Moriss seemed to but did not really demonstrate he had a particularized and objective basis for suspecting legal wrong was. Moriss's OATH. In other words Moriss had common sense and chose not to use it because he, tired of working, Pressured by the D.A. and confused by his own partners lack of concern for my mother, and at that late point in the day 9 pm 2-2-2010 An Moriss said forget it, lets get it over with and he just STOPED caring for the TRUTH. That being said, Procedural deficiency in the oath or affirmation does not mean a warrant should not issue - Generaly speaking. But in light of the facts known to Moriss and not known to Mis Brown, my arrest should have not occured because Probable cause for arrest is the central issue; No Oath Affirmation Procedure was used. Not informing Mis Brown of the Tip and what was known about Carroll's Gang activity on 2-2-2010 and 2-1-2010 was NOT harmless error, in light of No Procedure of oath. So I now establish that Procedural deficiency in not attaching my statement given to police while riding in the car to Graham Station and not attaching the fact that Moriss's info came from Carroll's Tip is the source of my rights violations at issuance of my warrant and Source of Damages, for deprivation of my Federal Constitutional rights 4th, 5th, 6th, 9th, 13th & 14th Amendments, Also a source: lible; denationalization; with No oath at All. And so the arrest warrant was not valid and a act of malice not just for being Black, but also for telling Police I did not trust them to protect, my Heart, my Hero, my mother. On 2-2-2010 Moriss said, "This is the 1st time I spoke to or saw Mis Brown Today about Mr Thomas at 9:20pm.

Citing Malley V. Briggs, 475 U.S. 335, 340-41, 106 S.Ct. 1092-1095-96, 89 L.Ed.2d 271 (1986) And had these facts been Known my arrest would not have taken place. Also important to evaluating the totality of circumstances is I never Engaged in a crime or Said to anyone at anytime that I did. Remember Carroll was a non-witness and had Moriss found his witness he would have arrested him as the criminal-killer that he was. I would have lived on to see another day working my way all the way to Wall Streete like my wife wanted me to do. I worked for The American International Group, I wouldhave been a Billionare by nowhad I not been arrested, with No oath et al. What Should have the Police on the Ride to Graham Station told me? Did they have a legal right to say what they said? I would say No! under our law duress exists where a person, by the Unlawful act of Another, is induced to take an action which he had a legal right to abstain from performing. See e.g. Chase Manhattan Bank V. State, 13 A.D.3d 873, 874, 787 N.Y.S.2d 155 (3d Dept 2001). I think we can weigh the unlawful act against the "Sheriffs oath", the Judicial officers" oath. Here is an example. "I......do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter, So help me God." Now lets compare the "Law Enforcement Code of Ethics" attached in the Appendix. (They did not have the right to tell me to lie about an investigation or the right to Say they could not Protect my Mother from the Gangs) The oath says they have a duty, and it is to Protect and Serve, "Safeguard lives", "Protect the innocent", "against deception", "against oppression" - "intimidation" - By compelling me they did not "respect the Constitutional rights of me", "to liberty, equality and justice". What I told them in the car I told them in a "confidential nature" and as their duty they did tell Moriss but as Moriss's duty he should have told Mrs Brown; I did tell the Sheriff's in their "Official Capacity". Yet when I told them I did not trust them instead of saying "well Thomas we are going to put a car outside Your Mom's house and partner with the Durham Police to do rounds in her neighborhood combined with regular welfare checks by phone? in Person and have You and others look at photos of Gang members to see if You recognize them, So we can stay on top of this". Insted of doing that they took my liberty to tell. In doing that instead of what they should have done they acted "officiously" and they permited "Personal feelings, Prejudices", and "animosities" against me to "influence" their "decisions" And Moriss could not live up to "Public faith" or "Public trust"; The y-the Police in the car to Graham Station and Moriss did that from "fear of Gangs", "favor of Gangs", "malice" toward me and "illwill" and "unnecessary force" because I said I did not trust them and because they see me as Black. If they would have told me what they should have told me instead- as I outline above I would have been at liberty to tell the TRUE accounts.     The answer is No, they had no legal Right to tell me that they made me the "enemy" of their oath, Yet I am a Friend To The Constitution! Moriss simply fails to ALLEG FACTS upon which SUBJECT MATTER JURISDICTION can be based To wit:

That contractual Oath is not to be superseded by Police Policy Code books, nor to be Used for revenue extortion Schemes; Veild in opportunistic Municipal Rules and Regulations. So they can't Say they lied per policy etc... and what they were really going to do was What I have outlined that they Should have done instead. And Mis. Brown did not act as a Judge. She did not even want to hear my Side. What She Should have did was Say "Hey wait bring Thomas Back he was Saying Something I need to hear." BY not acting as a Judge/Referee She - Mis. Brown acted as a (Prosecutor). Non-Prosecutor Brown. And so as the plain Truth Unfolds the Constitution Unfolds, and Morriss, Mis Brown, The arresting officers taking me to Graham Station, all Violated The Constitution For The United States. Now I told Mis Walsh in informal Notice, Formal Notice; Review of formal Notice that "The North Carolina Prosecutor has Failed or refused to Prove Jurisdiction over the Person .... National Origin=] and She ask for a remedy ie. "I want to be released .... (One Billion Dollars).=] See "Grievance Statement" and Reply attached in Appendix; and there is no "Probable Cause for my arrest, I am Falsely arrested; I am wrongfully imprisoned", And She did nothing, did not Say nothing and I been Saying that to everybody the whole Time. So I dont want to hear all What You want - Mis Walsh might Want to add or Show about the Warrant Now.

"Where, not withstanding State Prisoner's Constitutional Challenge to his arrest at each Stage of Proceedings against him, Warden of State Penitentiary made no attempt to Show that magistrate Who issued arrest Warrant had more information than was Presented in the complaint, Warden was not entitled to attempt to do So on remand; and writ of habeas Corpus must issue unless the State appropriately arranged to retry the Petitioner." See U.S.C.A Const. Amends. 4, 14;28 U.S.C.A § 2106 and Harold WHITLEY v. WARDEN, WYOMING STATE PENITENTIARY, Decided 329-1971 U.S. S.Court. These are Habeas Corpus Proceedings, the State is technically not a Party of any re-trial ~ There can be no legal proceeding without the establishment of Proper Status and Correct Jurisdiction; These two Pillars of Law must be in Place and have Precedence before the adjudication of all formal matters and all alleged offense(S) can be addressed. The court for me must be an Article III court Per The Constitution For the United States and Permission from The U.S. District ct. Per Title 8 USC 1330 must be given to deal with a living natural Person Such as myself. Also I would only go to trial per the law of our Treaty of Peace 1786 meaning; This treaty forbids Moorish Moslems being tried in any Christian Court of Law and to have a Blue Ribbon Jury or Islamic Consul Representation. The U.S. further agrees to provide a 'Blue Ribbon Jury' of one's Peers, upon demand and Status. And So I Alphonzah P.Thomas Bey here by Demand and Sequester all these Provisions here in "of any re-Trial" along with all 4th Am. to the U.S. Const. Probable Cause Provisions as expressed in this Writ. These Treaty Rights I claim have little to do with Morroco est. 1956 AD, and are based on "The Moorish Empire," that was a Party to that treaty whos Land was Split into a 'French' 'Spanish' Protectorate and a Int.Zone; If you get an old 1960AD Webster's Unabridged Dictionary and look at Morroco and the square miles of 3 Parts You will See it was not modern day Morroco of 1956 AD. Also MY "Official Proclamation of Nationality" Places me in that Empire, Currently and Formally existing in America among other Places; Not to cause confusion. Any retrial Would be a violation of double Jeopardy Protections of the 5th Am. So don't worry of these "Provisions".

**JUDICIAL** OFFICIAL WAS GIVEN Ø-ZERO INFO-Ø!

In witness to the the Crime of lack of evidence, lack of information, lack of Common sense, lack of Varacity, lack of Honor, Black of respect for due Process I Alphonza Leonard Phillip Thomas-Bey affirm that what Moriss and Brown did was in fact unconstitutional in violation of The 4th Amendment To The Constitution of The United States of America. Setting off the violations w/ 5th, 6th, 8th, 13th, & 14th Am's. The United States Supreme court has already confirmed that if a court does not have jurisdiction over a issue it can not adjudicate over that issue and must dismiss. malov. U.S, 505 F2d 1026,1030; Faces V. Long Beach City Uni. School Dist. (1943),137 F. 2d 266,58 CA. 2d 566 So the State Court in Alamance County is contrary to clearly established Federal law in their Judgement against me, and this Jurisdiction Question of law and supporting Supreme Court Precedent. So it is reasonable to say I Suffered a denial of Constitutional rights. C If this is inartfull Plead, I am sorry my whole Body Feels Broken Right Now). With The United States having Jurisdiction of these issues I do confess. MS. Brown acted as a RUBBER STAMP, She was given Ø-zero information in order to Issue a Warrant for my arrest. But She did see me, looked into my eyes and saw I was alive; Her Paper was Served to me and contained a high degree of libel; It Alledged I was BLACK and that I committed crimes making me a "Black Monster" That Black Monster label was given to me by Laura Wicklive in trial and So Upon the libel I was convicted by The State of North Carolina and charged by that State So This Federal Court Should hear my claim. Scheuer V. Rhodes 416 U.S. 232 945. Ct. 1683, 1687 (1974)

Slavery was ended by the 13th. Am. of the U.S. Const. and Provides me the correct due Process Prior to my Freedom being restricted, and the Pertinent Part of that amendment was not followed in my Criminal case of N.C. ie. "[N]either slavery nor involuntary Servitude, except as a Punishment for a crime where of the Party Shall have been duly Convicted Shall exist within the United States or any Place Subject to their Jurisdiction." Oh but it does exist for me and the Process is Still due, So there was no Duly Convicted. And the 13th Am. Has nothing to do with "Black; But, libel has Something to do with Black and with the Crime Curtiss Moriss Says I did. And thats why I am within the Jurisdiction of this court. Now From my attachments You can see MY Motion to dismiss laid the Foundation in the Intrest of Justice Kicking off MY effort to help You See I need Equitable Tolling, and its a Constitutional Foundation; MY Admin. Remedy Steps laid the Procedural Foundation for exhaustion of State level Procedures and resurrected or restarted the Federal Statute of Limitations in the intrest of Justice, and I must add that I have Sent about 600 Six hundred Requests to the D.A.'S office Year after Year demanding their Proof of Probable cause diligently evenly Spread out over my 13 Yrs of Unlawful imprisonment and they never did anything, failed and refused to Show Proof, and this is why. The Code of Ethics and my other claim under §1983 highlight the hight or towering level of the Constitutional Violations Upon me. And that is What I rely on; Not my Nationality, because I am unaware of any Moor being able to Successfull base a legal claim on membership in the M.S.T. of A and You may Know that Claim for me but that is only because I Sent constructive Notice of That to Joseph R. Biden JR. Since 2010 to Pat Nadolski hid his lack of Probable cause from me, The Public, The North Carolina Court SYStem, and Mis. Brown the Judicial Official Who issued my Warrant For Arrest. And he did that So I could not File This Habeas Petition, he is a Powerfull man with endless resources and he's real tight with Jausha Stine the Attorney General of North Carolina who is helping Pat do this. I told Nadolski in all my letters, the 4th Am. and §PSA-3 of C(5) were Violated with No oath given by Moriss-I pointed out the LAW.

The Fact Pat has stoped me at every turn from getting what he says he has is external to my conduct. You see I tried to get the lack of Proable Cause out front and no one helped me, even thoes listed in the People I Served and Organizations I Served in my Motion To Dismiss attached. In other words There is a direct Causal effect between The North Carolina State Prosecutor's Failure or refusal to Prove Jurisdiction over me and my delay in my ability to File my habeas Petition; Now thats extraordinary and they were all impediments created by State action. But Now the factual predicate of my claims presented are now discovered thru my exercise of due diligence. I do fall within the Starting dates of § 2244 (d) (1) - You See Outside of my hundreds of requests I challenged the D.A's office in court on 11-01-2022 An - Attached, then did a Grievance Process that ended 11-28-2022 Now; Now I seek relief within my time limit. It was the failure or refusal that stoped me From this habeas Petition. StuckV Medical Examiners, 94 Ca.2d751,311P.2s389

Now had Pat not been working so hard to keep this from the courts and Public and keep All my efforts to have all this known suppressed, no resonable factfinder would have found me guilty of the crime, because there would have been No Jurisdiction to arrest and Convict me, and that fact is established by Clear and Convincing evidence. Bass V.UPL,495 F.2d906 So Here we must resort to equity to toll Statute of limitations for Filing this §2254 action because this is a rare instance were, due to the circumstances external to my conduct, it would be unconscionable to enforce limitations to this Filing. Even Pats Sucsessors acted in the Same way after his office, because Pat told them they never had Jurisdiction over Me. Now due process is flexible, but it is well Settled that the More Serious the crime the better or More due process should be used. So why did Curtiss Moriss do what he did for the most high level of crime? Answer He used No Common Sense in his investigation. Now That Also is rare and extraordinary because historicaly investigators use better and more due process with more Serious crimes, and thats why Pat hid this - because it would have made him a mocky among his New Public; Senses were not used due to My race, color, National origin. And So I direct You to my Motion to dismiss? Grievance response; These are more than just legal conclusions that back my claims. My claim is rational and credible and Show willful false arrest, and look at all the People and Org.s that did notraing; These are the Same Persons Who helped Pat to Sucpress the fact that My Judicial Official was Given ⊗ zero information - ⊗ to Arrest Me. There was an is a total disregard to the matters and these are criminal Acts; Showing a direct Causal relationship between All the years of due dilagance I made to have my lack of Probable cause known and The lack of action Shown here Today by defendents. ie. They dont care now and they did not care in 2010AD, 2011AD, - thru to Today. And the acts by Jennifer Walsh Violate existing law; She is Part of the Kidnapping, Slavery, False imprisonment was noticed of it - and holds me still, and had a DUTY to help Me Yet did Not. Also out of all the citizens in Alamance County I am one of the few who due process in a murder investigation was not handeled Properly considering all the Murder investigations that have taken Place there; So this is a rare instance and indeed extraordinary. Also in N.C. The Statute law and Practice in law was to alwais have an oath or affirmation in Affidavit form to Support Probable Cause but that was changed in 1973AD, See §15+3st(d) but up till then for HUNDREDS of years the Affidavit was the Way; So this is a rare, extraordinary, instance indeed in deed. Q: Why? Ans: Blackness.

What Moriss did was his choice. And my US oath or affidavit claim may not have any basis in law at this time and that is the choice of North Carolina and it's law makers. However, the fact Moriss took no oral oath or gave any information Past Presenting me as a "Black" Provides my claim basis in Law. Habeas Court, Please have the Alamance County officials Produce exactly what Moriss told Mis Brown in Certified, Time Stamped Verified [Under Penalty of Perjury]. So that All the items listed in Sections a-g of my Motion To Dismiss Attached can be worked out the best way Possible, at this Point. You see what Kind of Problems this causes for ones Federal Rights - There deprived of OK. The Alamance County and North Carolina Policy or Custom that caused the deprivation of my right to all the items listed, a-g in my Motion to Dismiss Attached, of not requiring a oath or affirmation is a relatively new Policy or Custom. You See there in STATEN AImeda WHERE, thats why I need Such a good Policy or Custom - For my Case it litterally could have proved my innocents early on. But North Carolina and Alamance County changed the Policy in 1973 and that hurt me, BAD. What moriss did was not reasonable, when he took me before Mis Brown and he knew it Violated my 4th Am. const. right. He just Presented me as if I was Some Known criminal that had committed a crime in the view of him, Mis Brown and the whole town. And Mis Brown just Started Prizing MY Warrant, and they both did it "Willfully" as the term is used in criminal Statute. That current Statute is Unconstitutional. But here it is the Fact of my Confinement that I Challenge. You will find from evidence that clearly established law is violated using a injurious, murderous custom or Policy that is only an element of an even Greater crime with many, more Persons involved. Frace V. Long Beach City High School Dist. (1953) 137 P.3d 601 58 CA.2d 566. Who Alleged? Once I was arrested at my moriss house I never left the Custody of Alamance County Sheriffs. So I never had a Chance to get free or defend myself or my family. No intervening events broke arrest at my moms house and my "interview" at Graham Station. And the later miranda warnings can not render illegality of arrest Cured. I never confessed to a crime because I did not commit any crime. B.Dickerson V US.120 S.Ct. 2326 (2009) "When law enforcement officers by words or actions indicates that individuals must remain in the officers Presence or come to the Police Station against his will, the Person is for all practical Purposes under arrest if there is substantial imposition of the officers will over the Person's liberty." Huebner V State 33 Wis. 2d 505, 147 N.W. 2d 646 (1967). Then They Produced Bad FRUIT. "In evaluating the admissibility of a defendents Statements made after an illegal arrest, the government bears the burden of establishing that the defendents Statement was sufficiently an act of Free will to Purge the Primary taint." Brown, #22 U.S. at 602, i S.Ct. 2254. And again I hereby invoke this §2254 action to Challenge the Constitutionality of that state of N.C. Statutes, but it is a Pretty bad Policy, and if it was the old Policy like the one Prior to 1973, like the one AImeda White was under I would not be injured Today, And many great Judicial officials once used an oath or affirmation in Affidavit Form to support their Warrants. So we can't say its unconstitutional to use an Affidavit that way, and as I have shown that type of Affidavit as evidence, would help Protect my constitutional Rights. So that type of Affidavit must be Constitutional. We will explore the TRUTH as to why all these law makers from coast to coast are making these New Unconstitutional Statutes like § 15A-304 (d) ;. in my UP and comming §1983 action. When a claim is against the U.S. You need a Affidavit See U.S. V John BATLEY US.Ct. Jan term. 1835 - To Prevent Perjury. when Affidavits are not sworn a warrant for Search is invalid See Levine V. City of Bothell USD. WD Wash. 10-20-17 And that needed to be under Penalty of Perjury, thats what MorisS Should have done; And if the defendents cannot Produce that, then it does not comply with the Constitutional Standard and All my relief Should be Granted. Now we Know the Basis for Probable cause does not have to be Supported By oath or affirmation. BUT IN MY CASE THERE WAS No INFO. FURNISHED UNDER OATH BY MY ARRESTING OFFICER IN ANY FORM - AT ALL - I Know I was Right there!

1. Are Black Persons declared as a type of Property taken in a act of WAR when President Roosevelt Publicly Proclaimed them as Property as "assets" of the United States Under Emergency War Powers and the Shepard Maternity ACT?

2. If there are rivers and waterways in America taken by the United States Via Louisiana Purchase Treaty 1805 and Guadalupe Hidalgo Treaty of 1848 when People who are now called Black were already living on that lands are thoes People who did not Consent to that taking also now Property of the United States?

3. As for Moorish Americans who have equal Protections of law Per the Treaty of Peace 1786 Art. XX - XXI, are thoes Moorish Americans Priviliaged to have equal Protections of the law of the 4th, 5th, 6th, 8th and 14th Ams. of The U.S. Const.?

4. If 35 of 37 States that existed when the 14th Am. to the U.S. Const existed say that Bail Should not be excessive, Should thoes Same States Now arrest Persons and not give them any bail at all unable to Pay?

5. If any Rights under the 4th, 5th, 6th, 8th, 13th, and 14th, 14th amendments are Violated Per The Provisions of the U.S. Const. and thoes rights result in imprisonment, is it also a violation of the 13th Am of that Same Const.?

6. Any Person taken as Property during a War is Prize Booty if they are a Moorish American National Taken by the U.S. or one of the Several States, cities, counties, in light of the Trading with the enemy Act and The United States being under Operation of Emergency War Powers - correct?

7. When a Prosecutor causes a natural Persons Seizure without Probable Cause and convicts said Person to a life sentence is it a violation of the 4th, 5th, 6th, 8th, 13th, and 14th Amendments to The United States Constitution When that Prosecutor is for the State of North Carolina?

8. Should Offices Seeking Arrest warrants Take a Oath or Affirmation orally and if so and they dont take such oath or Affirmation orally, is it a violation of the U.S. Const. 4th Am when the Suspect is Arrested thru such Process.

9. Are White and Black Persons Similarly Situated if born in the U.S. when Subject to the All Persons Born clause of the 14th Am. U.S. Const.?

10. How the word "Black" can find no formal Place within the nationalities of the human Family and Still can be made "Citizen" of any free national and Constitutional Government?

In STATE V. Almeta WHITE, may2 1956 the statute mentioned to Support oath or Affirmation in Affidavit Form is "Repealed". And to the effect where an Affidavit is No longer needed.ᵃ But why did these Affidavits apply to Search? Arrest Warrants in the First Place?ᵇ And am I a Human?ᶜ Should We follow the law as laid? ᵈIs there a Judicial Review to make sure that Statutes dont abrogate or Repeal the Constitution and Declaration of Rights For North Carolina?ᵉ Does the U.S. Congress give the Supreme Court The Power to hear my issues? Well one thing is clear; Someone of a Great Judicial Mind thought it Proper for such an Affidavit to exist? that thought was based from established law that existed Priorto any N.C. Statute on the warrant Issuance and I am a Human equal to Almeta White who now needs such an Affidavit to Show how My Rights under the Federal law were violated and the absents of an Affidavit Seems to also violate my Federal Constitutional Rights. What the (Statute-renewed)really does is try to overrule the 4th Am. to the U.S. Const. But that Can not stand. I am not trying to win this Case because of innocence,? I am innocent, but this is a case about a grave injustice of a Constitutional Violation in Issuance of My Arrest Warrant Rooted in hypocricy and tricks. So I am not saying my status as Moorish American Places me beyond the reach of Federal law; likewise the defendant is not beyond the reach of Federal law and my claims are not based on my membership in the M.S.T.of A. and are based on my Federal Constitutional Protections being Violated; I am responsible, under the same law I claim a benifit from, so MisWalsh and all involved lose their benifit when they Violate their duty to act in the face of My Constitutional Violations; So any claim to immunity fails on its face. My Factual Contentions are the clear violations of my 4th Am rights-Why do You think I gave So many examples of the what if-Coulds-Shoulds-and Whys? I did that to Show that in the Universe of Moriss's Mind any Prudent man would have tried harder to get more Suficient information considering all the ways this Couldhave been - See moriss Couldn't have Known in his heart of heart - his mind that he was doing the right Procedure. Bottom Line, anyway You look at it moriss did it the wrong way, and if I am Subject to the law then he is. YET MORRISS EVEN ACTED OUTSIDE N.C.G.S. §15A-304(d)-So did misBrown-There Was No oath! Being Cognizable on habeas review, I am in State Custody because I was Convicted of State crimes and given a life Sentence. But I Still have Pride, So upon my Inability I declare my Jurisdiction Challenge, Supreme law of The Land because if the United States Constitution is Right, the Challenge is Right, and if the Challenge is Right, then my arrest is wrong, applying the Supreme Federal laws to The States by Way of the 14th Am. of The U.S. Const. and my Rights acquired by my Knoledge of Self Reserved via the 9th article of The Bill of Rights - U.C.C 1-308. Demonstrating that I am in State Custody in Violation of the Constitution, laws, treaties of the United States. See my Federal Questions herein, Motion to Dismiss, and Jurisdiction Challenge. I have Standing - My Action does not Fail on its face. Mc Donald, 561 U.S. at 763-767, andon 12-13,130 S. Ct. 3020. But Fraud and libel are under State law; But if You look at The AMISTAD January Term, 1841 U.S.Sup.Ct. Any Government Doc. Created by fraud in any Sense is Void if the fraud is lible like Saying I did a Crime; and I am Black. Now My Fraud Claim is Cognizable in Federal Law. And Moriss knew I did not commit a crime he was just tired Pressed; and hated to a "black" So he took the easy way home, at My expense. I give a lot of examples, it's, Could,s of All the defendents Should,s, but outside that, what moriss did do; was Totally Fail - He furnished No oathor affirmation Peroid-? Thats the TRUTH!

of the steps I tried to take with the Inmate Grievance Resolution Board. I sent in formal communication to Jennifer Walsh Top Warden at the Prison I am in. That was in the form of a copy of the Jurisdiction Challenge that I FILED in Alamance County 11-1-2022An. in accord with D.P.S. policy .0301 to no avail. Then Sent Formal Communication thru the Grievance Channel Per D.P.S policy .301. I was then rejected in accord with D.P.S. Policy .0310(5) where D.P.S. officials say my issue is beyond their Control. However Policy .0301 provides for "actions", "incident", "orders for action", "restoration", "restitution for Personal Property"; It also states "Remedy is not limited". And all Rejections go to the Prison Head Jennifer Walsh for review per Policy .0305 So Jennifer Walsh has had ample Chance to do Something. 3- Three. Chances I Could have had more but chose Not to. For example, Walsh could have sent my Grievance to the Board Set out in DPS Policy .0313 who are lawyers Judges etc... and who have Subpoena Powers, Summoning Powers, Thus Production of People and Documents Power, meaning all that I am asking this Court to do and look at Could have been done by the D.P.S. officials. So every single Document weather it was found to exist or not Could have been gathered and every single Person needed included but not limited to all that were noticed on my Jurisdiction Challenge FILED 11-1-2022An in Alamance County. And When The "Board" Saw the lack of Probable.. as outlined above. They Could have given me a Settlement in Money reached by me and them for their Part in the "Denationalization" mistreatment" etc. outlined in my Grievance, and Sent me back to the Alamance County jail with a memo to Issue a Warrant upon Probable Cause, Supported by Oath of affirmation, and Particularly describing me as the natural Person I am and not as a "B=lack and re- adjudicate the matter under thoes terms Prior to re-committing me for that Crime. Now All of that was within the Power of and Control of the Department of Public Safety. But Jennifer Walsh had more than Just that option. She Could have said "ok Thomas is a Good inmate he has not had a write Up in Ten Years, hes Constantly Working Jobs for the Prisons we have had him in while taking Classes and being a faith helper at M.C.I. etc where he has a reference letter from my officers my admin. Staff and taken a entry interview for a faith helper and was Chosen BY the Director to lead a whole "Big" Group of inmates, and he Seems to be Working Pretty hard on his legal work. Lets give him a Good recomedation to the New "Division of Adult Corrections Post Supervision Parole Commission" because at the First of the Year 2023 they Proclaim to help any inmate with Parole. She-Jennifer could have met with me on Behalf of all that's in in North Carolina that I now Sue and told me Something like that and I may have Said "ok lets See how that goes Mis Walsh Thank You for Your time and Your Personal Consideration. = Jennifer Walsh never did any of That, And all that was actionable on her Part, it's Still. Main V. Thibautot, 100 S.Ct.2502. Deprivation Of MY Status, Jurisdiction only + the 13th,14th,15th U.S.Const. Am. aids injustice Via §15A-304(d) the Status, Jurisdiction of these Am.s, & Statute are here by CHALLENGED!

I move the Court to Cause the Case against me "No.IOCRSO50725-540 be dismissed for lack of Subject matter Jurisdiction in the intrest of JUSTICE. You see all Moriss did was use the 911 Phone Call tip Using only his discretion & Mis. Brown just acted as a rubber Stamp, Moriss may as well not even had a Warrant. See. WONG SUN and James Wah Toy V. United States Decided Jan.14-1963 U.S. Sup.Ct where in BRENNAN's Opinion it Says: The Point of a judicial warrant Proce dure Serves to insure that the deliberate, impartial judgement of a judicial officer will be interposed between the Citizen and the Police, to assess the weight and Credibility of the information which the Complaining officer adduces as Probable Cause. Cf. Jones V. United States, 362 U.S. 257, 270, 80 S.Ct. 725, 4 L.Ed 2d 697. To hold. that an officer may act in his own, unchecked discretion Upon information too Vague and from too Untested a Source to Permit a Judicial officer to accept it as probable Cause for an arrest Warrant, would Subvert this fundamental Policy. = All Moriss had to do was tell Mis Brown the truth about the 911 call about my interview about the other things he found out about MY car ride to Graham Station and Mis Brown would have had enough information to make the assessment BRENNAN mentions and I would have never been arrested. But Moriss did none of that. NCGS§15A-304(d) and like Statues Nation Wide and the 13th,14th Am. US "Jim. do not treat N.B.C equally to whites, I am living Proof!

Alamance County Judicial Officials may agree that Sergeant Morriss did not need to Give Magistrate Brown an unrecorded oral testimony. I Disagree — THE PROCESS IS STILL DUE — I want 14th Am. Benifits! The Fourth Amendment does not require that the basis for probable cause be established in a written affidavit, it merely requires that the information provided the issuing magistrate be supported by "oath or affirmation." U.S. CONST. amend. IV. More over, the Amendment does not "require that statements made under oath in support of probable cause be taped, recorded or otherwise placed on the record or made part of the affidavit." Shields, 978 F.2d at 446. It follows that magistrates may consider sworn unrecorded testimony in making probable cause determinations during warrant proceedings. See id.; United States v. Hill, 500 F.2d 315, 321 (5th Cir. 1974); United States ex rel. Gaugler v. Brierley, 477 F.2d 516, 522 (3d Cir. 1973); Frazier v. Roberts, 441 F.2d 1224, 1226 (8th cir. 1971), and that Sergeant Morriss by not giving any oral testimony did not properly inform Magistrate Brown's decision to issue a warrant in my case. i.e. There was no oral testimony given to Mis Brown and the issuance of my warrant was not Governed by the 4th Am. to the U.S. Const. In any respect. On 2-2-2020 an When Morriss and me walked into Magistrate Brown's office Morriss said to me "this is the first time I have seen or spoken to magistrate Brown about your case." Next Morriss said "I have mr. Thomas here and I need a warrant for 1st degree murder and Arson of a marie on's Thomas" Then he gave mis Brown my ID he took from me. Last mis. Brown said, "OK its the first No Second." and Started Printing the Warrant when I tried to object a man carried me off and morriss followed and seconds later the Warrant Server said to me the man holding cell just feet from mis Brown's office with Morriss still standing Right there "We have awarrant for your arrest." Morriss Turned to the Server and Said, "This is the 1st time I spoke to or Saw...." Upon no oral Testimony, No Swearing, Nothing Sworn, No Affirming, Nothing Affirmed, No Testimony my warrant for arrest was issued. Magavs V. Louine, 415 U.S. 533 U.S. CONST. amend. IV Search warrant and arrest warrant requirements are the same. The conduct of State officials remains subject to the safeguards of the Fourth Amendment, and in my case officials did not need to do much to keep their conduct straight, and they did not even do the little safeguards they are subject to. Hoffsomer V. Hayes, 92 Okla 32, 227 F. 417 After my warrant was served morriss made the comment to me "No one has found or spoken to the person who made the 911 call that led us to you." cf: The attached Memo of Law + Affidavit. The Proper Standard for evaluating illegal seizure claims in federal courts has uniformly been whether the actions of State officials in securing the evidence of probable cause violated the Fourth Amendment to the U.S. Const. — Judicial Official MS. Brown — did not consider sworn unrecorded oral testimony in making probable cause determinations during her warrant proceedings; She Never determined Probable Cause at all. Mis Brown let Morriss determine Probable cause in his own mind thinking silently to himself, with all of the Prejudice Morriss had against me outlined herein, Giving You the make up of Morriss's mind. What, Morriss did, was not reasonable. That is" what Morriss did", "what Morriss said", "What Mon'ss think So" Morisss actions are bad. Nestor V. Hershey, 425 F.2d 504 Mis Brown Alone INVESTIGATED.... I never waived my right to have Probable Cause found in order to be arrested, Voluntarily or Knowingly, I was Not Provided Opportunity for full and Fair litigation of my 4th Am. Claim By the WARDEN. As for my arrest There was no Reasonable Cause, no evidence considered more than against, No reasonable Ground for belief in the existence of Facts warranting the Proceedings complained of, No apparent state of Facts found to exist upon reasonable inquiry (that is, such inquiry as my case renders 'Convenient and Proper), which would induce a reasonably intelligent and prudent woman like Ms. Brown to believe, in my criminal case, that me the accused had committed the crime charged, No reasonable Grounds for belief that I should have arrested, No existence of circumstances which would warrant a person of Supposed reasonable caution like Mis Brown to believe that an offense was committed by me, No existence of circumstances which would lead a Supposed reasonably Prudent Woman like Ms Brown to believe in the guilt of Me, — the arrested party, And all of these, was amount to my arrest being adjudicated on Mere Suspicion or belief, unsupported by facts or circumstances and is INSUFFICIENT — and is FALSE IMPRISONMENT. I am Owed A DUTY. NCGS §15A-304(d) Seems to TRUMP the 4th Am. And is hereby CHALLENGED as Unconstitutional!

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. District md. Uc. In Greensboro we 324 W. Maret St. in 2019,2020 2021 and they were all Subject matter Jurisdiction issues - In The Nature of Truth and were all Denied - the Case Numbers are Unknown I was Filing an Averment of Jurisdiction and Federal Questions Jurisdiction, in hope to No avail.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ☐   No ☑
   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____
   _____
   _____
   _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging: not ment for a Grouns:
   (a) At preliminary hearing: Randal Jones If alive, he can Confirm my Carroll/Gang Story I told him like Sheriffs From Day I one, - I told every Body.
   (b) At arraignment and plea: N/A - to plea , Randal Jones- They all acted like they Could not Stop the Gang
   (c) At trial: Randal Jones - At each Phase of Proceeding they all acted helpless to the Gang
   (d) At sentencing: Randal Jones - I was Force to do what I had to do. Randal Jones Knows- ask him.
   (e) On appeal: Un Known - I told the Carroll Gang issue to that Attorney Also, I Kept at it.
   (f) In any post conviction proceeding: Un Known
   
   (g) On appeal from any ruling against you in a post conviction proceeding: Un Known
   _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐  — N/A

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* "However late this objection has been made in any cause, in an inferior or appellate court of the United States, it must be considered and decided, before any court can move one further step in the cause; as any movement is necessarily the exercise of Jurisdiction." Rhode Island V. Massachusetts, 37 U.S. 657, 719, 9 L. Ed. 1233 (1838)

Also:

U.S. const. Art. I § 9, and Article III of The U.S. const. Provides Remedy. See Adjudication of Admin. Remedies claim has resulted in decision contrary to Federal law with the 4th Am U.S. const. 18 U.S.C.A Sec. 241-2, 18 U.S.C.A Sec. 1203, The 5th, 8th, 13th, and 14th Am to the U.S. const., In light of Art. III U.S. const., Exe.order 13107, XX-Article of Treaty of Peace 1786, The Expatriation Act of 1868 and The Universal Dec. of Human Rights Art 1-15; I am A Moorish American National within the meaning of Art III Sec. 2nd of The Const. for the U.S.A I tried to compell the production of the said oath or affirmation but was unable because it does not exist Under the Circumstances that exist no one helped me with the 4th Am Violation, I was under a state of Automatism until I Filed this writ Cr.; Md. Fed. Case with No. 1:22.cv-271. And When Ala. Co.'s Judge Saw The Federal Law he Should have Ordered My Release, harry V. Branker, 4th cir. 1-5-2009 552 F.3d 356, His choice is "contrary to clearly established Federal law". The U.S. Sup.Ct. law. And The Choice of The Inmate Grievance Resolution Board "is likewise "Contrary", and the Breach of Const. Of U.S. Contract is with the 5, 6, 7, 8, 9, 13, 14 Am. S; So the Ala. Co. Judge has Voluntarily dismissed the charges in case 10 CRC 050755, Also with that case the choice to convict and arrest was in conflict with the State law and Federal Law Source i.e. 4th Am U.S. const. Also by my hearing Moriss? Ms Brown. I Possess Sufficient Knowledge of Harmie. Fed. Cause of — (continued )

action now accrues. The Inmate Grievance Resolution Board was Provided a full and fair opportunity to resolve my Federal Constitutional claims and was shown the operative facts & controlling Principles; Even So resolve was beyond their Control. Thus this action. The Federal Statute of limitations is now re surrected or restarted as of 11-28-2022. In the intrest of Equity E quitable Tolling is due, I was diligent. The D. A. was in the way and if Stoped Gross injustice Would result. The D.A. hid The Facts in forest-28 here in From the ct-57 me since 2010.

Therefore, petitioner asks that the Court grant the following relief. _ I want to be released from this imprisonment immediately. _ Stop my Arrests under Affidavit less, oathless affirmation less warrants & my imprisonment in DPS under such warrants by an injunction on Tosh Shirej. Coller, I Shoe, garland & Sucessors. And have Ala. Co. Produce the "oath or affirmation" - And if They Cant then hold them liable. In my Up and Coming S1983 action - w/no 1:22-cv-271, For at least half of Thoes damages For Their Part in the Conspiracy, and No I am Not Saying I want any money less than $1,000,000,000.00 (one Billion) And for their Part in the Conspiracy Paying half damages From their fund or reserves is good Punishment. And I need a injunction for my safety Right Now Shown in my 81983 Statement.

I am The INJURED PARTY and Witness To The Crime And,

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on (10:00am) - 1 - 5 - 2023 (month, date, year), BY Me the injured Party.

I Affirm under The Penalty of Perjury under the laws of The United States of America. All Statements herein are True whole and Correct, and Comes to the court BY Unanimos Vote and high Public Intrest of The Moorish Nation/Citizens of TheU.S.A.

(10:00AM) - Executed (signed) on 1-5-2023 (date). A/l Rights Reserved. I Affirm Pursuant to 28 USCA 1746(1) under the Penalty of Perjury and Laws of TheU.S.A. The 82254 Plea above is True, Whole, & Correct.

Signature of Petitioner - Principel
BY Special Appearance, u.c.c. 1-308

Appendix Cover A

1          Contents:

• memo. of Law & Affidavit          • oaths of Office

Attachment: MOTION TO DISMISS Enc. $(5.00)

• Admin. Remedy Steps 1-3, • Certificate of Service • S1983 claim

*(...continued)          • § 2401 (b) claim
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

In The District Court of The United States

§2254          Case No. _____

§ APPENDIX

• Memo of Law; Affidavit-P-1-,9 and p 1-10
• Motion To Dismiss Filed In Alamance Co.-P-1-2-
                    True Copy

• Admin. Remedy Steps Attempted-P-1-2-
              True Copy
• Law Enforcement Code of Ethics-P-1of1

• § 1983 Claim—§ 2401 Claim of Case
  No: 1:22cv-271 / Not what ever case No.
  The Clerk gives this §2254 Claim.-P-1-33

I

The District Court of The United States. Case No. _____

Memorandum of Law ~ Per. 28 U.S.C.A. § 2254

Also a Affidavit

U.S.A. EX rel Al Phonza LP Thomas-Bey V. United States Agent Jennifer Walsh

The 4th amend. U.S. const. is effective on North Carolina via the 14th Am. U.S. Const., mapp V ohio, 367 U.S. 643, 81 S. ct. 1684, 6 L. Ed. 2d 1081 (1961)

"The requirement of Probable Cause has roots that are deep in our history." Henry V. United States, 361 U.S. 98, 100, 80 S. Ct. 168, 170, 4 L. Ed. 2d 134 (1959). Walsh could have discovered: Negros, Blacks, Coloreds (NBC) injuries. Moriss had to get rest on 2-2-2010 AD to get on the next case, he Played the "often competitive enterprise of ferreting out crime." Johnson V. United States, 333 U.S. 10, 14, 68 S. Ct. 367, 369, 92 L. Ed. 436 (1948). Moriss's Enterprise is grown on Negros, Blacks, Coloreds (NBC)(S)

When at MY mom's house whether or not it was technically characterized as an arrest it must be supported by Probable Cause. Davis V mississippi, 394 U.S. 721, 89 S. Ct. 1394, 22 L. Ed. 2d 679 (1969)

When arrested 1st at MY mom's house? 2nd in the cell MY most sacred right was violated. See Union Pac. R. Co. V. Botsford, 141 U.S. 250, 251, 11 S. Ct. 1001, 35 L. Ed. 734 (1891)

Courts that sit under the Constitution can not allow any violations against it. eg. MiS Browns ct. System, The Federal ct. System, Be Elkins V. United States, 364 U.S. 206, 222, 80 S. Ct. 1437, 1447, 4 L. Ed. 2d 1669 (1960) Nc state Gov. discrimination was unjustified w/no rational basis: The Sheriffs that arrested me at moms should have come with a warrant, and I called them to meet me, so there was no hot pursuit. See Chapman V United States, 365 U.S. 610, 81 S. Ct. 776, 5 L. Ed. 2d 828 (1961)

There was no reason to force me into the Police car from my mom's house. Cf: Carroll V. United States, 267 U.S. 132, 455. c t. 280, 69 L. Ed. 543 (1925)

Walsh could have discovered: Nc state Gov. Justification of No oath with all warrants for NBC is our Race, color? Nat. origin: But She did not care. Also:

That the CHALLENGE to my arrests DOES AFFECT THE VALIDITY OF MY CONVICTION, And my confrontation right to fight Carroll was TAKEN as soon as Sheriffs Refused to Protect MY mom-Sfty. Taken.

I "was not at liberty to ignore the Police Presence and go about MY business" at mom's house. See Florida V. Bostick, 501 U.S. 429, 437, 111 S.Ct. 2382, 115 L.Ed.2d 389 (1991)- They had Guns-Pointed Guns out - used a Sharp tone - were Many - and touched me all over when going in my Pockets on 2-2-2010 AD.

Sheriffs arrested me at mom's house and were "absent Probable cause or Judicial authorization." Hayes V. Florida, 470 U.S. 811, 815, 105 S.Ct.. Walsh could have discovered:

"[The Police] may [not] seek to verify [mere] suspicions by means that approach the conditions of arrest=> Florida V. Royer, 460 U.S. 491, 499, 103, S.Ct.1319, 75 L.Ed.2d 229 (1983)

An oral oath is taken to impress truth telling and Mis Brown could only find Probable Cause under oath or affirmation. See Nathanson V. United States, 290 U.S. 41 at 47, 54 S.Ct.11, 13, 78 L.Ed. 159 (1933) Truth did not matter, they had to get to the Next N.B.C FAST.

When they showed me the gun I was in Custody, if they had not done that I was going to leave them conduct my own investigation Present evidence to a magistrate Judge and demand Justice i.e. Protection of MY Mom and Me and a Gang Round Up. cf: Stansbury V. California, 511 U.S. 318, 322, 114 S.Ct 1526, 128 L.Ed.2d 293 (1994)-Yet I was arrested and never left Custody to date, [3] Sheriffs Refused To Protect MY Mom.

Mis. Brown accepted unsworn Statements of No worth and Should not have. See Lopez V. United States, 370 F.2d 8 (5th Cir. 1966).

Unlike, Frazier V Roberts, 441 F.2d 1224, 1228 (8th Cir 1971) Moriss never took any oath after he gave oral info. because as soon as Moriss and me left Mis Brown the SIGNED Warrant was

Brought Stright to me. For more information on the people misnomered negros/blacks, coloreds (NBC)-Who are the Moorish Americans I refer too, See the unmistakenly tied case with the No. 1:22 CV-271 at our "official Proclamation of Real Moorish American Nationality." And Walsh could have discovered:

Moriss never took any oath after he gave oral info. because as soon as Moriss and me left Mis Brown the SIGNED warrant was brought Stright to me and Moriss Said he never saw or Spoke to mis Brown that day till we saw mis. Brown together. So he did not Phone in the oath like United States V. Turner, 558 F. 2d 46, 50 (2nd Cir. 1977); [3] he did so for vengence & hate.

I affirm via this Great writ Such Constitutional deprivations have taken Place and I would like the Courts inquiry. See Kennedy V. Commandant, U.S. Disciplinary Barracks, 10th Cir. 1967, 377 F. 2d 339. The States do not treat NBC equally to whites in arrests Any evidence Presented to the Contrary of my claim is fabricated BY Mis Brown. ie.

Moriss could not have Supplemented any later or Previously made Affidavits on 2-2-2010 with Unsworn Statements because I am the witness to him never swearing. See Tabasko V. Burton, 472 F. 2d 871, 874 (6th cir. 1972); On Moriss's Part there was Nothing to Supplement with. Our recent 4th Am. cases teach that to establish Probable cause based on info. furnished by a 911 caller informant, Moriss must Provide evidence of the informant's reliability. See eg. United States V. Allen, 211 F. 3d 970 6th cir.- Moriss may have acted like he investigated However he went off of and acted on the 911 Phantom Caller info.

My arrest warrant Violates the Standards established under Federal Law and local and State Standards Should not apply of United States V. Wright, 16 F. 3d, 1429, 1437 (6th cir), [3] Broken State Law is Fed. Law Also.

Jennifer Walsh could have discovered: On 2-2-2010 AD I walk in mis Brown's office 9:20am-9:23 she Prints warrant-9:25 I am Served [3] No oath,

where Mis Brown had all documents ready just to put words in Morriss's mouth that he had no evidence to come up with. A trick to convict a innocent man W/Facts of innocence Present Then? At trial You Know it was Mis Brown who had MY warrant ready when we walked in. She filled in my Name and address-printed and I was Served. Mis Brown was not NEUTRAL and DETACHED because she Obviously had done all the investigation before Moriss and me arrived. I am telling You she streemlined it and none of her info. came from Moriss, it was an impossibility. See condemnation in Lo-Ji Sales inc.V New York, 442 U.S. 319 (1979) - You see How quick from the time we walked in to when I was served?

No one tried to get a Probable Cause determination by fax, Phone, e-mail etc. - by a judicial officer after I was arrested at my mom's house, MY first and only warrant came from Mis. Brown. Cf: County of Riverside V. Mclaughlin, 500 U.S. 44, 56, 111 S. Ct. 1661, 114 L. Ed. 2d 49 (1991), Justice was denied To me!

Nothing Moriss said was remotly in the way of a oath or even a Penalty of Perjury Statement, it just was not, Not before my Warrant was issued or after I recieved it. Nothing like the 2nd cif. said in State V. Tye, 248 Wis. 2d 530, 636 N.W. 2d 473, 478 (2001). Where Was MY "Equal protection of the law"?

Morris did not even intend to be, or manifest intentions to be Under oath, why? Because he? others think NBC are different from whites. Moriss thought he had a eye witness, but he did not? he established no Sufficiently reliable info. from his Bogus witness. So he did not do anything that the officers did in people V. Hayes, 191 A.D. 2d 644, 595 N.Y. S 2d 239, 240 (2 Dept. 1993) - Moriss Possessed no Probable Cause,? the 14th Am. is No Shield against arbitrary classifications by NC State Gov. ie: Moriss closed his eyes to other avenues of investigation. See Be Vier V. Hu cal, 806 F. 2d 123, 128 (7th Cir 1986). So Restore The "Shield".

• moriss's eyes were also closed because he knew mis Brown was going to do all investigating-informing- Planting of evidence by writting all moriss's statements So he would not need his senses or need to think? only Present me? endorse Mis Brown.

I did not feel as if I could say No to my Pocket search. Sheriffs had already Pointed the Gun out. Schneckloth V. Bustamonte, 412 U.S. 218, 226-27, 93 S.ct. 2041, 36 L.Ed.2d 854 (1973)

• Unlike Simons V montgomery County Police officers, 762 F.2d 3o133 (4th cir 1985) my arrest and my arrest, both of them were without Probable Cause so each invasion of Privacy exists.

• Moriss can not remedy his lack of Probable Cause by what was found after my arrest, and after my warrant. Without Probable Cause in this case is like No warrant at all. See United States V. V. Griffin, 502, F.2d 959 (6th cir.1974)- Thats a Nation Wide NBC treatment.

• Moriss was ok rushing into the arrest because he was helping the officers who arrested me at my mom's house Retaliate against my whole family for 1. No Family member could recall any trouble fights etc. between me and my wife and 2. I told them I did not trust them to Protect my mom: That Retaliation Spawned the intentional infliction of emotional distress on me, What they, they said about not protecting my mom was outrageous, so it caused me to have to help her. Cf: Buckley V Trenton Savings Fund Soc'y, 544 A.2d 857, 863 (N.J. 1988)- They were not bringing me to Justice they were getting Back at me and my Family, my nation, my Group Misnomered NBC.

• I gave the State a Fair Chance to hear all this but I was not given a fair Chance to be heard. The State does not Care about my Group i.e Moorish Americans- my wife -my family -me - all the people they label Negro, Black, Colored. So the State was never going to help me, and Let me establish that I bought Holiday gift Phones For Carroll? his wife ; His Gang had the Phones 2-1-2o10AD.

One of my cars window was Busted in Snowy weather, so I bought a Tarp for it. I Keep a gas jug in my garage like most home owners. All Presented as Premeditated Murder Plans at my trial via carroll. Moriss knew not these irrelevant facts 2-2-2010 AD, if moriss would have told Mis Brown all he knew and Mis Brown had not done her own investigation then No Probable Cause Would have been found, No Jury would have convicted me because, I would have conducted my own investigation and directed officials to the criminals So fast they would not have had time to hurt anyone else and they would have been on trial, not me. Jemifer Walsh could have discovered: No Post Warrant declarations can be used to make Probable Cause or a valid warrant and Moriss Used not one bit of any oral testimony on 2-2-2010 AD and the Supreme Court made it clear that Police Cannot intentionally lie in warrant Affidavits, nor can they recklessly exclude material info. Unites States V. Leon, 468 U.S. 897, 922-23 (1994) "But Moriss Presented nothing and hid everything and all written data of any crime was authored by Mis Brown who Prepared everything, so he-Moriss Could rubber Stamp her work-investigation and She could rubber Stamp his, and both Knew it was a COUST. wrong. See Anderson V. Creighton, 483 U.S. 635, 640 (1987), Mis Brown Prepared everything for Moriss; But Moriss is not absolved because Mis. Brown found Probable Cause, See Manuel V. City of Joliet, 580 U.S. 357, 137, S. Ct. 911, 918 (2017). MY COUST. right is to a warrant based on Probable Cause, not one based on recklessly hidden Significant material facts. And no defendent is entitled to Summary Judgement on my Seizure Claim. As Previously discussed a reasonable jury could find my arrest warrant was not Supported by Probable Cause and the Alamance County Court and Inmate Grievance Resolution

has not disputed that the criminal Proceedings terminated in my favor on my motion to Dismiss. Hupp V. Cook, 931 F.3d 307, 324 (4th Cir. 2019). Congress via the last clause of the 14th Am will not Restore the Shield.

I can only be Seized on Probable Cause-none was given. Humbert V. Mayor & City Council of Balt. City, 866 F.3d 546, 561, (4th Cir. 2017) Arrested NBC are All done Something like this.

Now because my charges were dismissed and my loss of liberty was Pre and Post trial Unlike Albright V. Oliver, 510 U.S. 266, 273-74 (1994) I can Succeed on my due Process Claim. Also Manuel V City of Joliet, 580 U.S. 357 137 S. Ct. 911, 918 (2017)

And everything Mis Brown fabricated as if She were Moriss to Support my arrest Warrant Caused my conviction? incarceration. Massey V. Ojaniit, 759 F.3d 343, 354 (4th Cir 2014)

Mis Brown had to fabricate things that way because Terry Johnson, rather than training Moriss to do things himself like find Probable Cause had to rely on Mis Brown to find such in the first instance on her own, So Moriss Would not have to Reason at all and hurry along to the next Case, and that Failure to train amounts to deliberate indifference to me due to Contact I had with Moriss. cfi city of Canton V. Harris, 489 U.S. 378, 388 (1989) and it was not just the lack of training, that caused my arrest, it was my Race, Color, an National Origin, and the need for Moriss to retaliate against me-my mom-my Family- my Group. I am not saying Moriss had no training from Johnson. I am saying Johnson trained Moriss and Mis Brown to do what they did to me in order to Violate the 4th Am of the U.S. Const.; Thus

BY unanimous vote and high Public Intrest The M.S.T.oFA and moorish Nation Hereby Establish Newhaw: ie The constitutional violations expressed herein must be Remidied by Granting the Relief of The §2254 Petitioner Abdi:kebai:Bey, And So these acts of Traning-custon/official Policy are teachings of Malice of Johnson that resulted in malice upon me-MyMom-MyFami'N-My Groap from Mis Brown and Moriss. cf: Bartlet V citt of High Point 1381 U.C. 287,294,873,S.E. 2d at 536-37; On Existinglaw, this non frivolous argument "extended law, Jennifer Walsh could have discovered: NBC C ant Enjoy law≤ like Whites. That looking at the total Picture MY Warrant for arrest was issued to Retaliate, and because of My Skin Color, and to Steel Monet from me; Mis Brown did the investigation from the Public Sources-Radio-TV-her Cell Phone- and the Rumors in the Street, Moriss offered no information, So it was all abuse of Process. See Pinewood Homes, incV. Harris, 14th U.C. App. 597, 602, 646 S.E. 2d 826, 831 (2007) Thoes reasons are not reasons to issue a warrant, and Walsh Could have Known. As a civilized People the M.S.T.oFA and Moorish Nation think it atrocious and we will not Stand for Violations against the EIS and BeYS of Our Empire. see RussVCauseY, 732 F. Supp 2d 589, 607 (E.D.N.C 2010) Now in My case Terry Johnson was right in the mix, he met me at Graham Station, and told me he Sent the Sheriffs to "Pick me up", the officers told him what I told them on the ride to Gram Station, Terry agreed that they would not be doing any Protecting of anyone in Durham/my mom or as TerrySaid "any other niggers", So Johnson intentionally engaged in misconduct and misbehavior and was negligent because he had a duty to Protect me and My mom. Arrected Moorish Americans misnomered NBC did not get their 14th Am. Entitlements at Arrest in Each State of the Union: Now

thoes arrests are ppty. taken wrongfully without Compensation where as Reparations to The Moorish American's Nation is due with these war Time violations in the Form of our Requested Relief in sec. VII of the related 42 USC 1993 and 28 U.S.C. 2401(b) claims. Claimed Against Whoever engaged in misconduct misbehavior or and negligence, who has a bond applied for a bond and waives immunity from fidelity etc bond possession. See Sellers V. Rodriguez, 149 N.C. App. 619, 624, 561, S.E. 2d 336, 339 (2002) N.C. Gen Stat § 58-76-5, and Stafford V Barker, 129 N.C. App 576, 585, 502 S.E. 2d 1, 6 (1998) and the Bonds exist.

And Thats exactly the kind of Stuff me, Mis Walsh, and the Grievance Resolution Board Could have Figured out.

Chis Memo Should be considered in conjunction with my Memo in case with the no. 1:22cv-271 D. Grant Relief-Restore my Shield. Public information Sources Show that Setting up Systems in order to Commit race "discriminatory" crimes is a regular act of the Alamance County Sheriffs Dept. and Terri John Son. Even the U.S.A in her Sovereign Capacity Says Ala.Co? Terri Johnson are "discriminatory" see U.S.A V Johnson USDC.M.D.8-7-2015. And The People of The U.S.A in Public Record have known the Alamance Officers of the law of Graham Station as "Ku Klux Act" Violators See Allen V City of Graham USDC. M.D. N.C. 6-2-2021, 5-21-2021, NAACP. Ala.Co. Branch V. Peterman USDC M.D. N.C. 8-14-2020, 8.7.2020.

So it Should Come as no Surprise that my Race, Color, and National Origin were part of the Motive for the Crimes Jennifer Walsh Could have discovered. Lastly when Johnson Said "any other niggers", he introduced under a misnomer 60 million Moorish Americans to this Action, and my up and comming 1983-2401 (b) Suit.

Pursuant to 28USC 1746(1) under the Penalty of Perjury and the laws of the U.S.A. I affirm the above true, correct, whole. I am, Mthonea LP Thomas Bey;

Dated 1-5-2023 AD       /S/ _____

Principal BYS Pecial Allowance UCC 1-308

Restore The Shield - Restore Justice

# Affidavit In The Nature of Truth
## Pursuant to §2254, §1983, and §2401(b)

## Averment of Jurisdiction

citing: Marion Lamont Sherrod Jr. agent for Marion Lamont Sherrod V. North Carolina Department of Adult Corrections/Public Safety. N.C.O.A.H. June 9, 2021 Docket # 21 CPS 01871:

"CONCLUSIONS OF LAW ...

...

8. Despite Petitioner's averments to the Contrary, OAH does not have Subject matter jurisdiction over claims that either DPS or the Rockingham County Superior Court Violated his Constitutional rights. Such claims must be brought in the State or Federal Courts...

9. Likewise, the Tribunal disagrees with Petitioner's Contention that OAH has jurisdiction Via... Article III of the Constitution of the United States [of America] ...

10. admiralty and maritime... are within the jurisdiction of the Federal Courts...

OAH lacks Subject matter jurisdiction over these complaints, which are Properly directed to the State [and/or] ... Federal Courts.
...

Michael C. Byrne "
Administrative Law Judge "

Given the Class and issues of my claim it is "within the jurisdiction of the Federal Courts" supra at citation Pt. 10. There is No Federal court Better to handle my claim than the M.D. Fed. Ct. 4th Cir. OF Negros Blacks Coloreds (NB): See Appendix A of case vol. 22 cv-271 in it contains Proof of Race Based Animus in This Civil Conspiracy Claim, 42usc §1985.

Also See the Affidavit Filed in that case 1-4-2022, it Contains Proof of Race Based Animus in Said claim it is titled "AVERNMENT OF JURISDICTION..."], Also For example in case 1:22 CV-271 See Official Proclamation..."] at Section "Real Proclamation of Status" where in Part it Says," The Administrative United States Cannot muster a diudication to the above Previously Submitted National Averment of Jurisdiction."

This Fact encompasses N.C. OAH as well; Also any appeal from the OAH to a County Superior Court. A. Poor Administration:

Our Claim Deals with A (Snow Ball) affect[3] it Started Long Ago on a Ship Called "JESUS" Also

- Treaty of Peace of 1786
- Louisiana Purchase Treaty-1805
- Presidential Pardon of Abdul Rahman Ibrahimi 1828
- Amistad Mutiny of 1841
- Treaty of Guadalupe Hidalgo 1848
- Dred Scott Decision of 1856
- Expatriation Act of 1868

As Shown historically we have been Subjected to invidious discrimination, the defendents were aware of the impact of their discriminatory effects on us, These effects Come thru official Policy of the defendents that Seems to only disfavor the Mishomered NBC, the official Policy Comes thru the Unusual Process as Shown thru our §1983, §2254 and §2401(b) Claims. No One in our Class benifits From these Policies! We are Denationalized, Called Bad Names, ? Arrested without Cause, For Slavery.

And For example all of These Officials were
aware of Said "impact" From Top Down and
This awareness Pointed to in Pt. B. below Shows Proof
of Race Based Animus in This Civil Conspiracy Claims §1985

Top - B. Poor Administration :
· Joseph R. Biden Jr.'s Inaction to Notice. (A Snow Ball)
· All Persons who recieved the The "Motion to
Dismiss" their inaction to notice. (A Bigger Snow Ball)
Down - · All Persons who decided on the Grievance Filed
about my Fake imprisonment ie the whole D.P.S. who
claimed No "Control" over my issue. (Even Bigger Snow Ball)
These actions are because of My our NBC Status,
and the Jurisdiction NBC are held in. ie United States ;
For My Regency The State of North Carolina holds Us.


On Down - C. The Poor Administration is reflective of all
the caselaw cited on the 50 States with No Probabal
Cause and the KukluX Act violators, of Alamance Co. ;
Then Bam A Gargantuan Animus Snow Ball. Co. Level Hits Us Daily!
    And So I bring these Claims to the
    Federal Courts needing Article III
    U.S. Court Equity our claim does
    Make Maritime Claims and are Properly
    directed, With this Poor Administration. Cited
    Poor Administration as outlined herein In A., B. C. above,
            ILLUSTRATION :
    See Stats, Laws, and Treatment of NBC by the U.S. ? Several
    States thereof in the Book Pages 1 thru 668, titled :
    "Noble Drew Ali The Exhuming of a Nation" Thru,

Sheik Elihu W. PleasantBey ISBN 978-0-9765944-0-6, 54901
9 780976594406, Distributed BY: Afrikan World Books PH: 410-383-2006,
www.afrikanworldbooks.com or PH: 410-624-5670 or Amozon.com

## OF The OutCome Test

Having Challenged the UnConstitutionality
of N.C.G.S. §15A-304(d) against U.S.
CONST. Amend. VI and Standing on
my Civic Duty as a Moorish American
National Citizen of The U.S.A. the
result in The State of North Carolina
on the Fact of No oath Given to
reach Probable Cause Should be the
Same as the result in the United States
Federal Courts, and Could have been
if defendents etal Would have taken
action. Yet Poor Administration's discrimination does not allow.

And So any result would be based On
and Should be based on the Following
Eight Elements - 8 - As Above So is
Below - 8: Fed. : Ⓕ :
                5t.     St̊.

# 1. Oath or affirmation, also Known as Affidavit,
must be signed by the victim. Or Someone on the
victim's behalf. The Victim is the Party who was
hurt when the Crime was Committed. If there
is no Affidavit, there is nothing to Support Probable
Cause and there is no Crime. Further, the Court

lacks jurisdiction over the person which in this case is me - W/10CAS050735; the Ala. Co. General Ct., and losses subject matter jurisdiction. Without subject matter jurisdiction, the Court cannot proceed and must dismiss the Case.

#2. Only upon probable cause supported by oath or affirmation can a proper warrant issue, and with no support of probable cause the warrant and Bill of Indictment are defective.

#3. Once a warrant is issued, the next step is to be informed of the nature and cause of the accusation;
#4. To be confronted with the witnesses against me;
#5. To have compulsory process for obtaining witnesses in my favor;
#6. To have the Assistance of Counsel for my defence;
In my case the nature and cause of the accusation against me - which was not known at my time of arrest - was later in trial the result of a conspiracy to restrict my liberty where I could not face the most important witness against me - who was Ronald Carroll that claimed to not be a witness at all. The "artificial person" known as the STATE OF NORTH CAROLINA cannot be the victim.

#7. Nor Shall I be Compelled in any Criminal Case to be a witness against myself, nor be deprived of life liberty, or Property, without due Process of law;

#8. Nor Shall I be Subject for the Same offence to be twice Put in jeopardy of life or limb. When I was Compelled by the Sheriffs at my moms house, when I was Compelled by Carall and his Gang from arrest and Past Trial up to recent all Proceedings against me by Sherriffs or the Courts are defective because I Was falsely arrested, Wrongfully imprisoned and Placed under threat, duress and Coercion Which Compelled My Silence and Promoted False testimony at my trial and the restriction to my Liberty at trial.

And So within the denial of Rights out lined You will need a full UnderStanding of my §2254 Application to See that I with Said Snow Ball was Denied due Process of law and equal Protection of the laws, and So is My Entire Group of Moorish Americans Mishonered NBC More Pointes to my Lengency. North Carolina State Republic Towit:

## OF MY Groups Injury

The Eight elements outlined above are not well within any criminal case of MY group. This Practice affects us³; disrupts fair and equal Protections. Just look at any of the Several States Practice with the Magistrate Judges Statutory Procedure to make a Probable Cause determination and You Will See as You see with me that:

There is no Oath or affirmation signed by or on behalf of the victim to Support Probable Cause for the Warrant to issue. Without the Oath, I am denied due Process of law and equal Protection of the laws. Without the Oath, I have no way of Knowing the nature and Cause of the accusation and I cannot Confront the witness against me. Without Said Oath, the Prosecutor has failed to Prove Jurisdiction over the Person and has Caused the court to lose Subject-matter jurisdiction. Without Subject matter Jurisdiction all orders of the Court are Void. I move this Court to Cause MY Stated Relief, For MY Group. Because in MY Case No oaths of affirmations Count against ME and never under the Support of Threat, duress and Coercion from Carroll, or Moriss, Sheriffs etc... Thus there is No victim, No crime - No Contract, no claim For me, or on me.

And Something to that effect happens
to All Negros Blacks and Coloreds (NBC)
Nation Wide with Arrests, Convictions etc. I
have traveled in D.P.S., N.C. State Wide? Seen it FirstHand in my Rensency.
   These NBC lables are misnomers by the
Several States and they the misnomered are
the Moorish Americans Spoken oF in that above
Cited "Official Proclamation ..."] Where
The 14th Am. applies negatively to that Class
oF People and
Where The 14th Am contradicts the United States
Republic Constitution and
Where that Constitution was written for
everyone and
Where the Statutes oF the Several States
are established Under the 14th Am and
Where thoes Statutes disproportionately affect
My People misnomered NBC with arrests and
Convictions that are False and Wrongfull and
Unconstitutional and
Where there is a class oF Persons to whom Statutes
apply Without reservation Called CorPorations and
thoes who do Corporate business and
Where We the Moorish Americans are not CorPorations
and are not doing Corporate business and

Where Corporations are Creations of the Several
States and are not human beings and
Where We are MoorishAmericans Who are human
beings and not corporations; God Made U.S.
Therefore All Unconstitutional Statutes of the
Several States Under the defines of "Due Process
of Law" that abridge or impair our Privileges
and immunities and not Protect them, are
null and void and do not apply to My People
the MoorishAmericans or me, and all these
arrests upon US are False arrests Under the
Fourth Amendment because as Shown these
People Misnomered NBC that met the U.S. Dept of
Justice 2020 AD Prediction of 63% of all NBC men
Under Some form of incarceration were in LARGE
(1) Arrested in order to met that Prediction Now True?
(2) Their 2nd arrest was made without Probable
Cause Supported w/o Affidavits ~ More Pointes To My Regency:
All officials Noticed had ample time to Fix
my and our Violations and were addressed
in their Official Capacity within the Scope of
their employment, State, local, & Federal Notices.
There was no Validity to MY or our arrests
and all thoes arrests Were Procured by fraud.
and any Gulity Plea from them is Void. This
ab-normal Style of law on US is a Bigmess [3]
Now I must do this These Actions to help Fix MY Nation.

And So we are a Pure and Clean Nation of People and have harmed No one, No other Nation, No one. An Remain SnowBalled.

As Regent For The Regency oF North Carolina Territory I Speak with First hand Knoledge oF the False Arrests oF My Moorish American Nation oF People who depended on the 14th Am Sheild From abuse and were not Sheilded and Hit bY the leaders oF The State oF North Carolina Under N.C 65-5 ISA 304(D). Refair is Due;cause Shown. The 14th, 15th & 13th U.S.const Am. AFFECT US in these above Strange Ways! I am Alphonza L P Thomas BeY in Propria Persona Sui Juris with Constitution De Jure, A Confirmed Temple Head Seated in the affairs oF nations, North Carolina State Republic. WE-I urge You to Please See the Book "Noble Drew Ali..." Cited herein it Contains More Proof oF Race Based Animus in This Civil Conspiracy Claim MY Group Make S.BK. Into at "Seven Seals Publications". PH: 434-676-1555. I-We affirm the above as True, correct, and whole PurSuant to 28 USCA 746(1)-Sec; and under laws oF the USA and Penalty oF PerjurY. Dated 1-5-2023 40   /S/ Alphonza BeY

Principel bY Special APPearance UCC 1-308

STATE OF NORTH CAROLINA, Plaintiff )
Vs. )
Alphonza Leonard Phillip Thomas-Bey, )
Defendant )

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
Case# 10CRS050755
— MOTION TO DISMISS —
— Pursuant To 4th, 5th, 6th, 8th, 9th, —
— 13th, 14th, 15th, U.S. Const. Am. 5
28 U.S.C.A. §1251 §1343(3); 18 U.S.C.A. § 241-2; 1203

## JURISDICTION CHALLENGE

The North Carolina State Prosecutor has failed or refused to prove Jurisdiction over the person on and for the record, being an oath or affirmation signed by or on behalf of the victim to support Probable cause for a Warrant to issue. No one has sworn that a crime has been committed and that I, Alphonza Leonard Phillip Thomas-Bey, am the one who committed the crime. Therefore the State Prosecutor has failed to prove that the Court has Jurisdiction over the person and has caused the loss of Subject-Matter Jurisdiction rendering all Judgments Void. Without an Oath or affirmation: a ▢ The Warrant is Void. b ▢ The Bill of Indictment is Void. c ▢ Any Sentence is Void. d ▢ I have been denied Due Process of Law. e ▢ I have been denied Equal Protections of the law. f ▢ I have no way to know the nature and cause of the accusation. g ▢ I have been denied the right to be confronted with the witness me. These Points a-g are the only cognizable claims I raise.

Where there is no Jurisdiction over the Subject Matter, there is, as well, no discretion to ignore that lack of Jurisdiction. [John J. Joy v. United States of America, 479 F. 2d 215, 219] (C.A.3 (Pa.), 1973)

When it clearly appears that the Court lacks Jurisdiction, the Court has no authority to reach the merits. In such a situation the action should be dismissed for want of Jurisdiction. [Melo V. U.S. 505 F 2d 1026, 1030]

"However late this objection has been made in any cause, in an inferior or appellate court of the United States, it must be considered and decided, before any Court can move one further step in the cause; as any movement is necessarily the exercise of Jurisdiction."
Rhode Island V. Massachusetts, 37 U.S. 657, 718, 9 L. Ed. 1233 (1838)

Every citizen of this State owes Paramount allegiance to the Constitution and Government of the United States..." N.C. Const. Sec. 5:
However I am not a U.S. or N.C. Corporator or under the Instrumentality rule like, N.C., U.S., Ala. Co. Because of my Status and Jurisdiction as a Moorish American-National Citizen, Natural Person I hereby Remove this action to the Federal Court System to: Case No. 1:22CV-271 via this writ. Even so it is still your duty as a citizen of this State to Grant me the following Relief:
I have been falsely arrested and wrongfully imprisoned in Violation of the Protections of the Constitution of the United States. This arrest is Unconstitutional and I want to be released from this imprisonment immediately. I move the Court to dismiss this Case-No. 10CRS050755 for lack of Subject-Matter Jurisdiction.
I am NOT BLACK etc... Here it must be remembered only the "Proper Status" can be heard in the "Proper Jurisdiction" Being "Black" is not a District or Superior Court issue and that issue leaves all N.C. and U.S. courts in want of Jurisdiction except the U.S. Supreme Court. Ergo only consider issues a-g above, Not Status, Jurisdiction & Federal Offense.

Being certified as Black by the U.S. and N.C. must be corrected like my arrest.
### ACT IMMEDIATELY TO GRANT THE REQUESTED RELIEF,
In Doing So Consider issues a-g in this Removed Action.

Within the four corners of this motion I certify that in the interest of Justice, this Motion has been served via U.S. First Class mail as Follows:
1. Office of Governor Roy Cooper, Governor 20301 Mail Service Center Raleigh, NC 27699-0301
2. U.S. Department of Justice Civil Rights Division Special Litigation Section 950 Pennsylvania Ave. NW Washington DC 20530
3. American Civil Liberties Union of NC PO Box 28004 Raleigh NC 27611
4. Gregory Williams Prison Justice Activist 1625 S. Alston Ave. Durham NC 27707
5. Director of Prisons 831 West Morgan St. Raleigh NC 27699
6. Jennifer Walsh, Warden of Custody Columbus Correctional, 1/255 Prison Camp Road Whiteville, NC 28472
7. ...

Page 1 of 2

A TRUE COPY OF THE ORIGINAL
11-01-22
Rebecca Mills A.O.C.

o o o 7. Office of Attorney General Josh Stein, Atty General 9001 mail service center Raleigh, NC 27699-9001

8. Commissioner Division of Adult Corrections 4206 M.S.C. Raleigh NC 27699

9. Inmate Grievance Resolution Board 4207 m S.C Raleigh NC 27699-4207

10. Brad Deen NC Department of Public Safety mail Service center Raleigh, NC 27699-4201

11. Mike Stolp Investigative Producer Cox media Group 235 W 23rd St. Charlotte NC 28206

Also See my 2022no Proclamation in Durham County Public Record Titled: OFFICIAL PROCLAMATION OF REAL MOORISH AMERICAN NATIONALITY OUR STATUS AND JURISDICTION AS Citizens of the U.S.A.

ACT IMMEDIATELY TO GRANT THE REQUESTED RELEASE In This - a - All Rights Reserved, Civilization. BL. 5th Ed. I Do Not Rescind Any Claims to Relief in Civil Case with No1: 22 cv-271

End of Civilization Statement

Dated 10-10-2022

I am; (S) Alphonza Leonard Phillip Thomas-Bey 9287495

Columbus Correctional 1255 Prison Camp Road Whiteville NC 28472

Seal of the Moorish Divine National Movement

J U R A T

Having personally appeared before me under penalty of Perjury, this 10 day of October 2022.

Notary Public Name: Jane M Spaulding

Notary Public Signature: Jane M Spaulding

State of North Carolina, County of Columbas

MN commission expires: July 11 2027

JANE M SPAULDING
NOTARY PUBLIC
My Comm. Expires July 11, 2027
COLUMBUS COUNTY, NC

Certified mail Return Reciept No. Used to mail Alamance County Clerk Superior Court Division:

7020 2450 0000 9355 1805

Page 2 of 2

We are for Love, Truth Peace, Freedom and when these Principles are violated Justice must then take its course

Roy Cooper, Governor
Eddie M. Buffaloe, Jr., Secretary

Timothy D. Moose, Chief Deputy Secretary
Todd E. Ishee, Director

## DC-410 Screening Response

**Regarding Grievance No.: 4355-2022-MCDM—19655**
**Received: 11/23/2022**

**Inmate: THOMAS, ALPHONZA L - 1287495**
**Location: 4355-COLUMBUS CI - MCDM-002**

The grievance you have submitted is being rejected for the following reason:

- Beyond control of DPS

Rejection Justification:

The Administrative Remedy Procedure, Section .0300 of the North Carolina Department of Public Safety Prisons Policy and Procedures, provides:
.0306 Rejection of Grievances
(b) . . . any grievance submitted shall be rejected at any level if it:
(4) Challenges matters beyond the control of the Department.

11/28/2022                          BOWEN JR, JAMES D.
_____                     _____
*Date*                              *Staff Electronic Signature*

cc: CTS

**MAILING ADDRESS:**
1255 PRISON CAMP ROAD
WHITEVILLE, NC 28472



P 1 of 2

**OFFICE LOCATION:**
1255 PRISON CAMP ROAD
WHITEVILLE, NC 28472
Telephone: (910)642-3285
Fax: (910)642-8456

WWW.NCDPS.GOV
*An Equal Opportunity Employer/Affirmative Action Employer*

DC–410 (Rev. 02/22)

**NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY**
**PRISONS**
**ADMINISTRATIVE REMEDY PROCEDURE**

Offender Name: AlPhonza L P Thomas Bey          Offender #: 1287495

Location: Columbus Correctional          Date: 11-10-2022 AD

Grievance Statement: The North Carolina Prosecutor has failed or refused to Prove Jurisdiction over the Person on and for the record being an oath or affirmation signed by or on behalf of the victim to support Probable Cause for a warrant to issue. No one has sworn that a crime has been committed and that I AlPhonza L P Thomas Bey am the one who committed the crime.
I have been falsely arrested and wrongfully imprisoned in Violation of the Protections of the Const. of the U.S. This arrest is unconstitutional. And all of That was done to me because of the official Policy and official custom of Durham County, Alamance County, Columbus County, The State of U.C. and The United States, of Denationalization and mistreating me due to my color, Race and national Origin.

What remedy would resolve your grievance?: I want to be released from this imprisonment immediately. I want an injunction from any arrest in this state that is without the required oath or affirmation for a warrant to issue. I want an Erasure of my Criminal Record ie. destroyed. Record for Case No. 10CR5050755. and I want $1,000,000,000.00
(One Billion Dollars).

Offender Signature: AlPhon L P Thom Bey

---

## OFFICIAL USE

Date received: 11 12 22          S. T. L. Oxendi          OLJO3
                                  Receiving Officer Signature          Staff ID

Facility #: 4355     Year: 2022     Housing #: MCDM     Sequence #: 19C55

P 2 of 2

Distribution: White - Facility Copy; Pink - Offender Copy

Case 1:23-cv-00035-TDS-JEP   Document 1   Filed 01/13/23   Page 49 of 51

# Law Enforcement Code of Ethics

**As a Law Enforcement Officer**, my fundamental duty is to serve mankind; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation, and the peaceful against violence or disorder; and to respect the Constitutional rights of all men to liberty, equality and justice.

**I will** keep my private life unsullied as an example to all, maintain courageous calm in the face of danger, scorn, or ridicule; develop self-restraint; and be constantly mindful of the welfare of others. Honest in thought and deed in both my personal and official life, I will be exemplary in obeying the laws of the land and the regulations of my department. Whatever I see or hear of a confidential nature, or that is confided to me in my official capacity will be kept ever secret unless revelation is necessary in the performance of my duty.

**I will** never act officiously or permit personal feelings, prejudices, animosities or friendships to influence my decisions. With no compromise for crime and with relentless prosecution of criminals, I will enforce the law courteously and appropriately without fear or favor, malice or ill will, never employing unnecessary force or violence and never accepting gratuities.

**I recognize** the badge of my office as a symbol of public faith, and I accept it as a public trust to be held so long as I am true to the ethics of the police service. I will constantly strive to achieve these objectives and ideals, dedicating myself before God, to my chosen profession . . . law enforcement.

*Sworn or Affirmed, this day* 1-5-2023 AO *Signed:* Abdillela - Bey

Alphonza LP Thomas Bey:
Principle BY Special Appearance UCC1-308

P 1 of 1

No Community of Natural People can ever be stable, free, or secure, if their Inalienable Rights and Immunities, which are secured by the Constitution, are allowed to be abridged or ignored! Where there is no Constitution - Enforcement, expect there to be political abuses of Authority; a 'Color-of-Law' and foul disorder breeding among the Natural People!

There is no doubt that a major feature marking the social culture of North American political affairs, is that of the heavily entrenched practices of human rights violations. Many of these common violations have been loosely categorized as 'Racism', biases, etc. However, all Citizens of this free National Government of The United States of America, should be aware of the 'International Laws', which have been instituted to address these matters. The United States of America is an obligated Party to those Human Rights Agreements. The question before us all is, "Who is who? And where do we, the Natural People, stand on these matters? Are we fulfilling our responsibility to enforce the Supreme Law for the protections of the Substantive Rights of all the natural people, etc."

## Oath of Office:

*All politicians and Officers of the Courts of The Republic United States of America, and all Federal and Military Officers, and all State and Municipal Officers, Sheriffs, Mayors, Councilmen, Freeholders and Policeman, etc., are bound by Law to support and defend the Constitution. The following is an example of the standard Oath which all the above, etc., must take for the public record.*

*"I, _____ do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."*

Each Justice, Judge and Justice of the Peace shall, before entering upon the duties of his office, take and subscribe an Oath that he will support the Constitution of the United States and the Constitution of the State Republic to which he or she is a citizen / member; and that he or she will faithfully and impartially discharge his or her office to the best of his or her ability.

The Oaths of all Judges of the courts, inferior to the superior court, and the Oaths of Justices of the Peace shall be filed in the Office of the County Recorder; and the Oaths of all other Justices and Judges shall be filed in the Office of the Secretary of State.

"**Declaration On The Rights Of Indigenous Peoples**". *E/Cn. 4/ Sub.2/1994/2/ Add. 1 (1994).* The following are six (6) Articles of Part 1:

*Affirming* That Indigenous Peoples Are Equal In Dignity And Rights To All Other People. While Recognizing The Rights Of Indigenous Peoples To Be Different, To Consider Themselves Different, And To Be Respected As Such.

**Part I, Article I**:

Indigenous People Have The Right To The Full And Effective Enjoyment Of All Human Rights And Fundamental Freedoms Recognized In The Charter Of The United Nations, The Universal Declaration Of Human Rights And International Human Rights Law.

**Part I, Article 2**:

Indigenous Individuals And Peoples Are Free And Equal To All Other Individuals And Peoples In Dignity And Rights, And Have The Right To Be Free From Any Kind Of Adverse Discrimination; In Particular That Based On Their Indigenous Origin And Identity.

**Part I, Article 3**:

Indigenous People Have The Right Of Self-Determination, By Virtues Of That Right, They Freely Determine Their Political Status And Freely Pursue Their Economic, Social And Cultural Development.

**Part I, Article 4**:

Indigenous Peoples Have The Right To Maintain And Strengthen Their Distinct Political, Economic, Social And Cultural Life Of The State.

**Part I, Article 5**:

Every Indigenous Individual Has The Right To A Nationality.

**Part I, Article 6**:

Indigenous People Have The Collective Right To Live In Freedom, Peace And Security As Distinct People And To Full Guarantees Against Genocide Or Any Other Acts Of Violence, Including The Removal Of Indigenous Children From Their Families And Communities Under Any Pretext.

## Peace on Earth and Good Will To All Men!

**Freedom Is Everybody's Job!**



Oath
The Constitution for
The United States
Republic Of
North America
We The People

**Civics**: that Department of Political Science Which Treats of Citizens, Citizenship, and the Rights of Citizenship; the duties of Citizens; and relating to Citizens, Cities, and to Civil Affairs. It is the Duty of all True American Citizens to take their places in the affairs of their Cities and their Communities! Responsibility to Self is also Expressed through One's Responsibility to One's Community!

We Are Teaching Those Things Necessary To Help Make Our People Better Citizens. The Constitution is the Foundation of 'De jure' Law in all Civilized Governments. The Constitution of The United States Republic of North America, is of Ancient Origin, and is The "Supreme Law of the Land". The Laws of any State, to the Contrary, notwithstanding!

The Civic Duty of all Who Are 'Part and Parcel' of This said Government, have the outstanding Duty and Responsibility to Command the Enforcement of Our National Constitution by Name and by Principle. It is in place to secure the Substantive Rights of all free National Beings. The Peace, Prosperity and Tranquility of Society Depends Upon the Enforcement of Those Ancient Governmental and Constitution Principles.

**MOORS HERITAGE & HISTORY CLASSES**
Every Wednesday 6p.m. -- 10 p.m.
**NATIONAL "BLACK" THEATRE**
125th & 5th Harlem, New York